3

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JEFFERSON- PILOT LIFE INSURANCE COMPANY | § § § | United States District Court Southern District of Texas ENTERED AUG 2 2 2001 Michael N. Milby, Clerk of Court By Deputy Clerk |
| Plaintiff, | § § | |
| V. | § § | B-01-142 |
| SORT-RITE INTERNATIONAL, INC., EXPORT IMPORT BANK OF THE UNITED STATES, COASTAL BANK, SSB, LETICIA ELIZALDE de PINO, Beneficiary, DEBRA ANN METZGER FINCH, Contingent Beneficiary, KATHERINE LEE METZGER, Second Contingent Beneficiary Defendant. | § § § § § § § § § § | CIVIL ACTION NO. _____ |

## ORDER ON COMPLAINT IN INTERPLEADER

On this 21st day of August, 2001, the court considered Jefferson-Pilot Life Insurance Company's Original Complaint in Interpleader. After consideration the Court accepts the Complaint in Interpleader, and hereby ORDERS that the U.S. District Clerk accept the deposit of interpled funds from JEFFERSON-PILOT LIFE INSURANCE COMPANY and deposit the same into the registry of the Court to be deposited in an interest bearing account.

SIGNED on this 21st day of August, 2001.

_____
U.S. DISTRICT JUDGE