

United States District Court
Southern District of Texas
**FILED**

**SEP 0 6 2001**

**Michael N. Milby**
**Clerk of Court**

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| JEFFERSON PILOT LIFE INSURANCE | § | |
| | § | |
| vs. | § | CIVIL ACTION NO. B-01-142 |
| | § | |
| SORT-RITE INTERNATIONAL, INC., | § | |
| et al. | § | |

## SORT-RITE INTERNATIONAL, INC.'s LIST OF ALL
## ENTITIES FINANCIALLY INTERESTED IN THIS LITIGATION

TO THE HONORABLE JUDGE OF SAID COURT:

SORT-RITE INTERNATIONAL, INC., Defendant (hereinafter referred to as *"Sort-*

*Rite"*) makes and files this its List of All Entities Financially Interested in This Litigation and

in support of same respectfully shows the Court as follows:

### List of Interested Parties

1.    Plaintiff Jefferson Pilot Life Insurance Company
      By and Through Its Attorney of Record
      Mr. Jason R. Mann
      P.O. Box 231
      Harlingen, Texas 78551

2.    Defendant Sort-Rite International, Inc.
      By and Through Its Attorney of Record
      Mr. Chris Boswell
      P.O. Box 2644
      Harlingen, Texas 78551

List of All Entities Financially Interested/3206.000                                    Page 1

ClibPDF - www.fastio.com

3.      Defendant Export-Import Bank of the United States
        By and Through Its Attorney of Record
        Mr. William Mays
        811 Vermont Ave, NW
        Washington, DC 20571


4.      Defendant Coastal Banc, ssb
        By and Through Its Attorney of Record
        Mr. Michael R. Ezell
        P.O. Box 2878
        Harlingen, Texas 78551-2878


5.      Defendant Leticia Elizalde de Pino
        By and Through Her Attorney of Record
        Ms. Constance Y. Singleton
        215 Bayland Ave.
        Houston, Texas 77009


6.      Defendant Debra Ann Metzger Finch
        By and Through Her Attorney of Record
        Ms. Constance Y. Singleton
        215 Bayland Ave.
        Houston, Texas 77009


7.      Defendant Katherine Lee Metzger
        By and Through Her Attorney of Record
        Ms. Constance Y. Singleton
        215 Bayland Ave.
        Houston, Texas 77009


8.      Mr. William Capt
        Sort-Rite International, Inc.
        P.O. Box 1805
        Harlingen, Texas 78551-1805


Respectfully submitted this __4th__ day of September, 2001.

---

ClibPDF - www.fastio.com

OF COUNSEL:

STAPLETON, CURTIS &
   BOSWELL, L.L.P.

_____

Chris Boswell
Attorney in Charge
State Bar No. 02683300
Southern District of Texas
Admissions Id. No. 1256
515 East Harrison, Suite "A" (78550)
Post Office Box 2644
Harlingen, Texas  78551
Telephone:     (956) 428-9191
Telecopier:    (956) 428-9283

Attorney for Sort-Rite International, Inc.

_____

List of All Entities Financially Interested/3206.000        Page 3

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the __4th__ day of September, 2001, a true and correct copy of the above and foregoing List of All Entities Financially Interested was forwarded to all parties herein:

Plaintiff Jefferson Pilot Life Ins. Co.      CMRRR #7001 0320 0003 4771 9589
By and Through Its Attorney of Record
Mr. Jason R. Mann
P.O. Box 231
Harlingen, Texas 78551


Defendant Export-Import Bank of the US   CMRRR #7001 0320 0003 4771 9596
By and Through Its Attorney of Record
Mr. William Mays
811 Vermont Ave, NW
Washington, DC 20571


Defendant Coastal Banc, ssb           CMRRR #7001 0320 0003 4771 9626
By and Through Its Attorney of Record
Mr. Michael R. Ezell
P.O. Box 2878
Harlingen, Texas 78551-2878


Defendant Leticia Elizalde de Pino     CMRRR #7001 0320 0003 4771 9534
By and Through Her Attorney of Record
Ms. Constance Y. Singleton
215 Bayland Ave.
Houston, Texas 77009

Defendant Debra Ann Metzger Finch    CMRRR #7001 0320 0003 4771 9534
By and Through Her Attorney of Record
Ms. Constance Y. Singleton
215 Bayland Ave.
Houston, Texas 77009

---

List of All Entities Financially Interested/3206.000                Page 4

ClibPDF - www.fastio.com

Defendant Katherine Lee Metzger       CMRRR #7001 0320 0003 4771 9534
By and Through Her Attorney of Record
Ms. Constance Y. Singleton
215 Bayland Ave.
Houston, Texas 77009


Mr. William Capt                      First Class Mail
Sort-Rite International, Inc.
P.O. Box 1805
Harlingen, Texas 78551-1805

_____

Chris Boswell

---

List of All Entities Financially Interested/3206.000                    Page 5

ClibPDF - www.fastio.com