7

United States District Court
Southern District of Texas
FILED

SEP 1 0 2001

Michael N. Milby
Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS

JEFFERSON PILOT LIFE INSURANCE § 
§
vs. § CIVIL ACTION NO. B-01-142
§
SORT-RITE INTERNATIONAL, INC., et al. §

COASTAL BANC ssb's LIST OF ALL ENTITIES
FINANCIALLY INTERESTED IN THIS LITIGATION

TO THE HONORABLE JUDGE OF SAID COURT:

COASTAL BANC ssb Defendant (hereinafter referred to as *"Coastal"*) makes and files this its List of All Entities Financially Interested in This Litigation and in support of same respectfully shows the Court as follows:

### List of Interested Parties

1. Plaintiff Jefferson Pilot Life Insurance Company
   By and Through Its Attorney of Record
   Mr. Jason R. Mann
   *J. EDWARD MANN, JR. & ASSOCIATES*
   P.O. Box 231
   Harlingen, Texas 78551

2. Defendant Coastal Banc, ssb
   *(in its own behalf and as successor in interest to San Benito Bank & Trust Company and to Pacific Southwest Bank)*
   By and Through Its Attorneys of Record
   Mr. Michael R. Ezell
   *LAW OFFICE OF MICHAEL R. EZELL*
   P.O. Box 2878
   Harlingen, Texas 78551-2878

   Andrew K. Rozell
   *LAW OFFICE OF ANDREW K. ROZELL*
   323 E. Jackson
   Harlingen, TX 78550

3. Defendant Export-Import Bank of the United States
   By and Through Its Attorney of Record
   Mr. William Mays
   *Office of the General Counsel*

*Export-Import Bank of the U.S.*
811 Vermont Ave, NW
Washington, DC 20571

4. Defendant Sort-Rite International, Inc.
By and Through Its Attorney of Record
Mr. Chris Boswell
**STAPLETON, CURTIS & BOSWELL, LLP**
P.O. Box 2644
Harlingen, Texas 78551

5. Defendant Leticia Elizalde de Pino
By and Through Her Attorney of Record
Ms. Constance Y. Singleton
*ATTORNEY AT LAW*
215 Bayland Ave.
Houston, Texas 77009

6. Defendant Debra Ann Metzger Finch
By and Through Her Attorney of Record
Ms. Constance Y. Singleton
*ATTORNEY AT LAW*
215 Bayland Ave.
Houston, Texas 77009

7. Defendant Katherine Lee Metzger
By and Through Her Attorney of Record
Ms. Constance Y. Singleton
*ATTORNEY AT LAW*
215 Bayland Ave.
Houston, Texas 77009

8. Mr. William Capt
*Sort-Rite International, Inc.*
P.O. Box 1805
Harlingen, Texas 78551-1805

Respectfully submitted this 7th day of September, 2001.

Andrew K. Rozell
**LAW OFFICE OF ANDREW ROZELL**
323 E. Jackson
Harlingen, TX 78550
Telephone:   (956) 428-1282
Facsimile:   (956) 428-6595
State Bar No.: 17358000
Southern District of Texas
Admissions Id. No. 1220

Michael R. Ezell
**LAW OFFICE OF MICHAEL R. EZELL**
312 E. Van Buren
P. O. Box 2878
Harlingen, Texas 78551
Telephone:   (956) 425-2000
Facsimile:    (956) 421-4258


By: _____/s/ Michael R. Ezell_____
MICHAEL R. EZELL
    State Bar No.: 06764200
    Southern District of Texas
    Admissions Id. No. 2250

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 7th day of September, 2001, a true and correct copy of the above and foregoing List of All Entities Financially Interested was forwarded to all parties herein:

| | |
|---|---|
| Plaintiff Jefferson Pilot Life Ins. Co.<br>By and Through Its Attorney of Record<br>Mr. Jason R. Mann<br>***J. EDWARD MANN, JR. & ASSOCIATES***<br>P.O. Box 231<br>Harlingen, Texas 78551 | CM,RRR |
| Defendant Sort-Rite International, Inc.<br>By and Through Its Attorney of Record<br>Mr. Chris Boswell<br>***STAPLETON, CURTIS & BOSWELL, LLP***<br>P.O. Box 2644<br>Harlingen, Texas 78551 | CM,RRR |
| Defendant Export-Import Bank of the US<br>By and Through Its Attorney of Record<br>Mr. William Mays<br>***Office of the General Counsel***<br>***Export-Import Bank of the U.S.***<br>9 11 Vermont Ave, NW<br>Washington, DC 20571 | CM,RRR |
| Defendant Leticia Elizalde de Pino<br>Defendant Debra Ann Metzger Finch<br>Defendant Katherine Lee Metzger<br>By and Through Their Attorney of Record<br>Ms. Constance Y. Singleton<br>***ATTORNEY AT LAW***<br>215 Bayland Ave.<br>Houston, Texas 77009 | CMRRR |
| Mr. William Capt<br>***Sort-Rite International, Inc.***<br>P.O. Box 1805<br>Harlingen, Texas 78551-1805 | First Class Mail |

MICHAEL R. EZELL