Case 1:01-cv-00142   Document 8   Filed in TXSD on 10/09/2001   Page 1 of 8



United States District Court
Southern District of Texas
FILED

OCT 0 9 2001

Michael N. Milby
Clerk of Court

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| JEFFERSON PILOT LIFE INSURANCE | § | |
| | § | |
| vs. | § | CIVIL ACTION NO. B-01-142 |
| | § | |
| SORT-RITE INTERNATIONAL, INC., | § | |
| et al. | § | |

## SORT-RITE INTERNATIONAL, INC.'S ORIGINAL ANSWER, COUNTERCLAIM AND CROSS-CLAIM FOR DECLARATORY JUDGMENT

TO THE HONORABLE JUDGE OF SAID COURT:

SORT-RITE INTERNATIONAL, INC. (*hereinafter "Sort-Rite"*) files this its Original Answer to the Original Complaint for Interpleader together with its Counterclaim and Cross-Claim for Declaratory Judgment and in support thereof, would respectfully show the Court as follows:

1.     Sort-Rite admits to the allegation contained in paragraph 1.

2.     Sort-Rite admits to the allegation contained in paragraph 2.

3.     Sort-Rite admits to the  allegation contained in paragraph 3.

4.     Sort-Rite admits to the allegation contained in paragraph 4.

5.     Sort-Rite is without sufficient information to either admit or deny to the allegation  contained in paragraph 5.  However, upon information and belief, Sort-Rite believes that Leticia Elizalde de Pino is a citizen of the country of Ecuador.

---

6.      Sort-Rite admits to the allegation contained in paragraph 6.

7.      Sort-Rite admits to the allegation contained in paragraph 7.

8.      Sort-Rite admits to the allegations contained in paragraph 8 with the exception that upon information and belief, Leticia Elizalde de Pino is a citizen of the country of Ecuador.

9.      Sort-Rite admits to the allegations contained in paragraph 9.

10.     Sort-Rite admits to the allegations contained in paragraph 10 except that Sort-Rite asserts that it is entitled to One Million Dollars ($1,000,000.00) of the policy plus an additional amount from that portion of the policy to be paid to the beneficiary under the split dollar endorsement as owed for reimbursement of the premiums paid by the employer that were to be paid by the co-owner.   For further clarification, the beneficiary's name in paragraph 10 were those original beneficiaries named at the time of the issuance of the policy in 1987.

11.     Sort-Rite denies that the policy was properly assigned for adequate consideration to San Benito Bank & Trust Company (now Coastal Banc SSB) or to Export-Import Bank of the United States or in the alternative, that such assignments are currently valid and enforceable.

12.     Sort-Rite admits to the allegation contained in paragraph 12.

13.     Sort-Rite admits to the allegation contained in paragraph 13.

14.     Sort-Rite admits to the allegations contained in paragraph 14.

15.     Sort-Rite admits to the allegations contained in paragraph 15.

---

16.     Sort-Rite admits to the allegations contained in paragraph 16.

17.     Upon information and belief, Sort-Rite admits to the allegations contained in paragraph 17.

18.     Upon information and belief, Sort-Rite admits to the allegations contained in paragraph 18.

19.     Upon information and belief, Sort-Rite admits to the allegations contained in paragraph 19.

20.     Upon information and belief, Sort-Rite admits to the allegations contained in paragraph 20.

21.     Sort-Rite admits to the allegations contained in paragraph 21.

22.     Sort-Rite admits to the allegations contained in paragraph 22.

23.     Sort-Rite admits to the allegations contained in paragraph 23.

24.     Sort-Rite admits to the allegations contained in paragraph 24.

25.     Sort-Rite admits to the allegations contained in paragraph 25.

26.     Sort-Rite admits to the allegations contained in paragraph 26.

27.     Sort-Rite admits to the allegations contained in paragraph 27.

28.     Sort-Rite admits to the allegations contained in paragraph 28.

29.     Sort-Rite admits to the allegations contained in paragraph 29.

30.     Sort-Rite admits to the allegations contained in paragraph 30.

31.     Sort-Rite admits to the allegations contained in paragraph 31.

32.     Sort-Rite admits to the allegations contained in paragraph 32.

33.    Sort-Rite admits to the allegations contained in paragraph 33.

34.    Sort-Rite admits to the allegations contained in paragraph 34.

35.    Sort-Rite admits to the allegations contained in paragraph 35.

## CROSS-CLAIM FOR DECLARATORY JUDGMENT

1.    Sort-Rite International, Inc. is a corporation that is incorporated under the laws of the State of Texas.  Sort-Rite has its principal place of business in the State of Texas.

2.    Defendant and Cross-Defendant Export-Import Bank of the United States is a corporation of the United States of America.  No service is necessary upon Export-Import Bank of the United States for the reason that they have already been served in this case.

3.    Defendant and Cross-Defendant Coastal Banc SSB is a corporation that is incorporated under the laws of the State of Texas with its principal place of business in Texas.  No service is necessary upon Coastal Banc SSB for the reason that they have already been served herein.

4.    Defendant and Cross-Defendant Leticia Elizalde de Pino is an individual whose citizenship is unknown to the Cross-Plaintiff.   Service is unnecessary at this time for the reason that she has already been served in this case.

5.    Defendant and Cross-Defendant Debra Ann Metzger Finch is an individual who is a citizen of the State of Texas.   No service is necessary at this time for the reason that she has already been served in this case.

6.     Defendant and Cross-Defendant Katherine Lee Metzger is an individual who is a citizen of the State of Texas. No service is necessary at this time for the reason that she has already been served in this case.

## JURISDICTION AND VENUE

7.     Jefferson-Pilot is diverse from each Claimant and the amount in controversy exceeds Seventy-Five Thousand and No/100 Dollars ($75,000.00) exclusive of interest and costs.

8.     Venue is proper in the United States District Court for the Southern District of Texas, Brownsville Division, pursuant to 28 U.S.C. §§1397 and 124(b)(7).

## FACTS

9.     On or about December 1, 1987, Sort-Rite International, Inc. and Shirley J. Metzger applied for and obtained life insurance policy number JP4038973 (***hereinafter the "Policy"***), containing a Split-Dollar Endorsement for a Universal Life Insurance Policy. The Policy insured the life of Shirley J. Metzger in the amount of One Million Five Hundred Thousand Dollars ($1,500,000.00).

10.    On or about March, 2001, Shirley J. Metzger died.   Pursuant to the Split-Dollar Endorsement for Universal Life Policy under the Policy Shirley J. Metzger was co-owner and Sort-Rite International, Inc. was the employer/co-owner of the Policy. As a result of the death, Shirley J. Metzger, Sort-Rite International, Inc. is entitled under the Split-Dollar Endorsement for the Universal Life Policy for One Million Dollars ($1,000,000.00) plus

---

accrued interest together with that portion of the premiums which should have been paid by Shirley J. Metzger that which were in fact paid by Sort-Rite International, Inc.

11.     Pursuant to Federal Rules of Civil Procedure 57, Sort-Rite seeks entry of a Declaratory Judgment awarding to it One Million Dollars ($1,000,000.00) plus that portion of the premiums paid by Sort-Rite International, Inc. which should have been paid by co-owner Shirley J. Metzger individually, plus interest at the rate of four percent (4%).

12.     Sort-Rite further seeks a declaration that the alleged assignments of life insurance Policy as collateral to San Benito Bank & Trust Company (now Coastal Banc SSB) and The Export-Import Bank of the United States are not valid or binding as to require any payment out of the proceeds of such life insurance policy to Coastal Banc SSB and The Export-Import Bank of the United States.

WHEREFORE, PREMISES CONSIDERED, SORT-RITE respectfully requests that upon full and final trial, that Sort-Rite have judgment as follows:

1.     A Declaratory Judgment

   a.     That the amount of death benefit payable under the Policy issued by Jefferson Pilot on the life of Shirley J. Metzger is One Million Dollars ($1,000,000.00) plus that portion of the premium which should have been paid by Shirley J. Metzger but was paid by Sort-Rite plus applicable interest;

   b.     that the assignment of life insurance policy as collateral dated December 29, 1987 is not binding or enforceable against Sort-Rite International or the proceeds of the life insurance policy;

   c.     that the assignment of life insurance residue have been made to Export-Import Bank of the United States on or about July 19, 1988 is not valid or enforceable against Sort-Rite International, Inc. or the proceeds from the Jefferson Pilot life insurance policy.

2.     Costs of Court;

3.     Reasonable and necessary attorney's fees; and

4.     For such other and further relief, both general and special, at law or in equity, to which SORT-RITE may show itself justly entitled.

Respectfully submitted this 9th day of October, 2001.

OF COUNSEL:

STAPLETON, CURTIS
   & BOSWELL, L.L.P.

Chris Boswell
Attorney in Charge
State Bar No. 02683300
Southern District of Texas
Admissions Id. No. 1256
515 E. Harrison, Suite "A" (78550)
Post Office Box 2644
Harlingen, Texas 78551
Telephone:    (956) 428-9191
Telecopier:    (956) 428-9283

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the  9th   day of October, 2001, a true and correct copy of the above and foregoing Sort-Rite's Answer, Counterclaim and Cross-Claim for Declaratory Judgment was forwarded to all parties herein:

Plaintiff Jefferson Pilot Life Ins. Co.      CMRRR #7001 0320 0003 4771 9381
By and Through Its Attorney of Record
Mr. Jason R. Mann
P.O. Box 231
Harlingen, Texas 78551

Defendant Export-Import Bank of the US      CMRRR #7001 0320 0003 4771 9374
By and Through Its Attorney of Record
Mr. William Mays
811 Vermont Ave, NW
Washington, DC 20571

Defendant Coastal Banc, ssb      CMRRR #7001 0320 0003 4771 9367
By and Through Its Attorney of Record
Mr. Michael R. Ezell
P.O. Box 2878
Harlingen, Texas 78551-2878

Defendant Leticia Elizalde de Pino      CMRRR #7001 0320 0003 4771 9350
Defendant Debra Ann Metzger Finch
Defendant Katherine Lee Metzger
By and Through Their Attorney of Record
Ms. Constance Y. Singleton
215 Bayland Ave.
Houston, Texas 77009

Ms. Nancy Masso      CMRRR #7099 3220 0004 5462 4148
Assistant United States Attorney
600 East Harrison, Suite 201
Brownsville, Texas 78520

Mr. William Capt      First Class Mail
Sort-Rite International, Inc.
8485 NW 74th Street
Miami, Florida 33166

Chris Boswell

---

Sort-Rite's Answer, Counterclaim & Cross-Claim for Declaratory Judgment/3206  - 8 -