UNITED STATES DEPARTMENT OF JUSTICE
Immigration and Naturalization Service
2102 Teege Avenue
Harlingen, Texas 78550

File No.: A24 836 088
Date: JANUARY 20, 1995

LAURA RAMONA CRUZ DE SANDOVAL
753 FLORENCE LANE
BROWNSVILLE, TEXAS 78520-0000

As you know, following a hearing in your case you were found deportable and the hearing officer has entered an order of deportation. A review of your file indicates there is no administrative relief which may be extended to you, and it is now incumbent upon this Service to enforce your departure from the United States.

Arrangements have been made for your departure to ___MEXICO___
(COUNTRY)
on ___FEBRUARY 7, 1995___ from ___Brownsville___ on the
  (DATE)              (PORT OF DEPARTURE)
___Surface Transportation___
(NAME OF VESSEL, AIRLINE, OR OTHER TRANSPORTATION)

You should report to a United States Immigration Officer at the ___Deportation Section, 2102 TEEGE AVENUE___
(Department)        ___HARLINGEN, TEXAS 78550___
                         (ADDRESS)
completely ready for deportation.

At ___10:00 AM___ on FEBRAURY 7, 1996 the time of your departure
   (PROPOSED DATE)
from ___HARLINGEN, TEXAS___ you will be limited to __40__ lbs.
     (PLACE OF SURRENDER)
of baggage.

Should you have personal effects in excess of this amount you must immediately contact ___Mr. Eduardo Galvan___ at ___(210) 427-8692___
                                           (NAME OF OFFICER)      (PHONE NO.)
or come in person at the address noted above, and an appropriate disposition of your excess baggage will be discussed with you.

Very truly yours,

E. M. Trominski
District Director

RAMIREZ
F 185 800 399
ROBERT H. CRANE, Esq.

FORM I-166
(Rev. 4-1-69)

[Stamped/handwritten: CANCELLED 1/30/95]