**COPY**

United States District Court
Southern District of Texas
FILED

OCT 1 8 2001

Michael N. Milby
Clerk of Court

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| **JEFFERSON PILOT LIFE INSURANCE** § § | |
| vs. § | CIVIL ACTION NO. B-01-142 |
| § § | |
| **SORT-RITE INTERNATIONAL, INC., et al.** § | |

### CROSS CLAIM OF COASTAL BANC ssb

TO THE HONORABLE JUDGE OF SAID COURT:

**COMES NOW,** COASTAL BANC ssb (hereinafter referred to as *"Bank")* and files this its Original Cross Action against Defendants and Cross-Defendants herein Sort-Rite International, Inc., Export-Import Bank of the United States, Leticia Elizalde de Pino, Debra Ann Metzger Finch and Katherine Lee Metzger, and in support of such Cross Action, would respectfully shows the Court as follows:

1. Bank is a Texas chartered savings bank.

2. Cross Defendant, Sort-Rite International, Inc. is believed to be a Corporation that is incorporated under the laws of the State of Texas. Cross Defendant has its principal place of business in the State of Texas. Cross Defendant has appeared herein and is being served by delivery of this pleading to its attorney, Christopher Boswell, *Stapleton, Curtis & Boswell,* 515 East Harrison, Suite A, Harlingen, Texas 78550.

3. Defendant, Export-Import Bank of the United States is a corporation of the United States of America, has been served herein and is being served by delivery of this Cross Claim to William Mays, Export-Import Bank of the Untied States at 811 Vermont Avenue, N. W., Washington, D.C. 20571.

4. Cross Defendant, Leticia Elizalde de Pino, is an individual and has appeared herein and is

being served by delivery of this pleading to her attorney, Ms. Constance Y. Singleton, *ATTORNEY AT LAW*, 215 Bayland Ave., Houston, Texas 77009.

5. Cross Defendant, Debra Ann Metzger Finch, is an individual who is a citizen of the State of Texas, and has appeared herein and is being served by delivery of this pleading to her attorney, Ms. Constance Y. Singleton, *ATTORNEY AT LAW*, 215 Bayland Ave., Houston, Texas 77009.

6. Cross Defendant, Katherine Lee Metzger, is an individual who is a citizen of the State of Texas, and has appeared herein and is being served by delivery of this pleading to her attorney, Ms. Constance Y. Singleton, *ATTORNEY AT LAW*, 215 Bayland Ave., Houston, Texas 77009.

7. Jefferson-Pilot is diverse from each Claimant and the amount in controversy exceeds Seventy-Five Thousand and No/100 Dollars ($75,000.00) exclusive of interest and costs.

8. Venue is proper in the United States District Court for the Southern District of Texas, Brownsville Division, pursuant to 28 U.S.C. §§1397 and 124(b)(7).

9. Shirley Metzger, Deceased, was at the time of her death indebted to Coastal Banc ssb for the following obligations:

   (A) Promissory Note in the original amount of $167,000.00 dated March 28, 2000. This Note has been renewed and extended and has a remaining principal balance of $82,467.84; and, interest is due as of May 1, 2001 in the amount of $4,254.21. The daily rate of interest is $23.72 on this Note.

   (B) Promissory Note in the amount of $38,775.86 dated April 30, 1992, and a Promissory Note in the original principal amount of $48,755.00 dated May 21, 1998. These notes were jointly renewed and extended on May 21, 1998 and have a present combined remaining principal balance of $82,589.25. Interest is due on these notes as of May 1, 2001 in the amount of $15,407.81. Daily interest continues on these combined notes in the amount of $23.76.

   (C) The Notes described above are made payable to San Benito Bank & Trust Company. That bank merged into Pacific Southwest Bank which bank thereby became the owner of these notes. These Notes were assigned by Pacific Southwest

Bank to Coastal Banc ssb in connection with the purchase of branches and related assets.

(D) The amount of $109,747.35 due to Coastal Banc ssb is a result of overdrafts on the account of Leticia Pino which resulted from a wire transfer requested by Shirley Metzger on December 8, 1999. Shirley Metzger was a signatory on the Leticia Pino account and is contractually liable for overdrafts on this account.

(E) Shirley Metzger guaranteed a debt of Sort-Rite International, Inc. to Coastal Banc ssb in the amount of $91,960.03. Interest as of May 9, 2001 is $6,219.08. Daily interest on this note is $17.42.

(F) Coastal Banc ssb has incurred and is entitled to recover its reasonable attorney's fees incurred in the attempt to collect the amounts set forth above and amounts of attorney fees subsequently incurred in regard to the Notes, Guaranty and Deposit Agreement.

10. Shirley Metzger collaterally assigned to Bank her interest in Jefferson Pilot Insurance Company's life insurance policy #GP4038973 by virtue of an Assignment of Life Insurance Policy as Collateral dated December 29, 1987.

11. Shirley Metzger died in March, 2001. Jefferson Pilot Life Insurance Company has interpled in this case the proceeds of that life insurance policy, and Cross Defendants have made claims to the proceeds of that life insurance policy.

12. Bank seeks declaratory judgment that it is entitled to recover from proceeds of that life insurance policy all amounts due to it as described above, plus interest as provided by the respective instruments or by law, attorney's fees and costs of court by virtue of those obligations and of the Assignment of Life Insurance Policy as Collateral. Bank is entitled to recover these amounts from the funds on deposit in the registry of the court.

WHEREFORE, PREMISES CONSIDERED, Bank respectfully requests that Cross Defendants Defendant Sort-Rite International, Inc., Export-Import Bank of the United States, Leticia Elizalde de Pino, Debra Ann Metzger Finch, and Katherine Lee Metzger be required to appear and answer herein and that upon final trial hereof, that the Bank have judgment, that it recover the amounts set forth above plus interest as provided for by the documents referred to herein or by law, attorney's fees, and costs of court to be awarded from the funds interplead in the registry of the court by Plaintiff Jefferson Pilot Life Insurance Company and that it have general relief.

Respectfully submitted this 18th day of October, 2001.

        Andrew K. Rozell
        **LAW OFFICE OF ANDREW ROZELL**
        323 E. Jackson
        Harlingen, TX 78550
        Telephone:  (956) 428-1282
        Facsimile:  (956) 428-6595
        State Bar No.: 17358000
        Southern District of Texas
        Admissions Id. No. 1220


        Michael R. Ezell
        **LAW OFFICE OF MICHAEL R. EZELL**
        312 E. Van Buren
        P. O. Box 2878
        Harlingen, Texas 78551
        Telephone:  (956) 425-2000
        Facsimile:  (956) 421-4258


By: _____
        MICHAEL R. EZELL
        State Bar No.: 06764200
        Southern District of Texas
        Admissions Id. No. 2250

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the _18th_ day of October, 2001, a true and correct copy of the above and foregoing Cross Claim was forwarded to all parties herein:

| | |
|---|---|
| Plaintiff Jefferson Pilot Life Ins. Co.<br>By and Through Its Attorney of Record<br>Mr. Jason R. Mann<br>*J. EDWARD MANN, JR. & ASSOCIATES*<br>P.O. Box 231<br>Harlingen, Texas 78551 | Hand Delivered |
| Defendant Sort-Rite International, Inc.<br>By and Through Its Attorney of Record<br>Mr. Chris Boswell<br>*STAPLETON, CURTIS & BOSWELL, LLP*<br>P.O. Box 2644<br>Harlingen, Texas 78551 | CM,RRR#7000 1530 0006 3431 4438 |
| Defendant Export-Import Bank of the US<br>By and Through Its Attorney of Record<br>Mr. William Mays<br>*Office of the General Counsel*<br>*Export-Import Bank of the U.S.*<br>911 Vermont Ave, NW<br>Washington, DC 20571 | CM,RRR#7000 1530 0006 3431 4445 |
| Defendant Leticia Elizalde de Pino<br>Defendant Debra Ann Metzger Finch<br>Defendant Katherine Lee Metzger<br>By and Through Their Attorney of Record<br>Ms. Constance Y. Singleton<br>*ATTORNEY AT LAW*<br>215 Bayland Ave.<br>Houston, Texas 77009 | CM,RRR#7000 1530 0006 3431 4452 |

_/s/ Michael R. Ezell_
**MICHAEL R. EZELL**