COPY

United States District Court
Southern District of Texas
FILED

OCT 1 8 2001

Michael N. Milby
Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| **JEFFERSON PILOT LIFE INSURANCE** | § § | |
| vs. | § § | CIVIL ACTION NO. B-01-142 |
| **SORT-RITE INTERNATIONAL, INC., et al.** | § | |

### ANSWER OF COASTAL BANC ssb TO COUNTERCLAIM AND CROSS-CLAIM FOR DECLARATORY JUDGMENT OF SORT-RITE INTERNATIONAL, INC.

TO THE HONORABLE JUDGE OF SAID COURT:

**COMES NOW**, COASTAL BANC ssb (hereinafter referred to as *"Bank")* and files this its Answer to the Counterclaim and Cross-Claim for Declaratory Judgment of Sort-Rite International, Inc. and for such Answer, would respectfully shows the Court as follows:

1. Bank is without knowledge or information sufficient to form a belief as to the truth of the averment of paragraph 1 of the Cross-Claim.

2. Bank admits the allegations of paragraph 2 of the Cross-Claim.

3. Bank denies that it is a corporation. Bank is a Texas chartered savings bank. Bank admits the allegations of the second sentence of paragraph 3 of the Cross-Claim.

4. Bank admits the allegations of paragraph 4 of the Cross-Claim.

5. Bank admits the allegations of paragraph 5 of the Cross-Claim.

6. Bank admits the allegations of paragraph 6 of the Cross-Claim.

7. Bank admits the allegations of paragraph 7 of the Cross-Claim.

8. Bank admits the allegations of paragraph 8 of the Cross-Claim.

9. Bank admits the allegations of paragraph 9 of the Cross-Claim.

10. Bank admits the allegations of paragraph 10 of the Cross-Claim except the Bank denies that Sort-Rite International, Inc. is entitled to recover in the amount more than One Million

Dollars ($1,000,000.00) and interest thereon, less the amount payable under the outstanding Collateral assignments applicable to the portion of the policy proceeds claimed by Sort-Rite International, Inc.

11. Paragraph 11 contains no averments of fact which require admission or denial.

12. Bank denies the allegations of paragraph 12 of the Cross-Claim.

13. The allegations of the prayer contained in the Cross Action do not contain averments of fact which require admission or denial.

14. As affirmative defense, Bank would show the Court that a policy loan is claimed by Plaintiff Jefferson Pilot Life Insurance Company and that that policy loan should be taken in whole or in part from the funds, if any, awarded to Sort-Rite International, Inc.

15. As an affirmative defense, Bank would show that there was a Collateral assignment to Export-Import Bank of the United States which entitles it to a portion of any funds which would otherwise be due to Sort-Rite International, Inc. under the policy.

16. As an affirmative defense, Bank holds an Assignment of Life Insurance as Collateral dated December 29, 1987, and is entitled to a portion of the proceeds of the policy in question under that assignment.

17. As an affirmative defense, Bank would show that Sort-Rite International, Inc. was required to list all of its assets in its recent bankruptcy proceeding and did not schedule the life insurance policy in question as an asset. Therefore, Sort-Rite International, Inc. has no interest in that life insurance policy or its proceeds.

WHEREFORE, PREMISES CONSIDERED, Bank prays that Cross Plaintiff, Sort-Rite International, Inc., taking nothing by its Cross-Claim, and that it have general relief.

Respectfully submitted this 18th day of October, 2001.

        Andrew K. Rozell
        **LAW OFFICE OF ANDREW ROZELL**
        323 E. Jackson
        Harlingen, TX 78550
        Telephone:  (956) 428-1282
        Facsimile:  (956) 428-6595
        State Bar No.: 17358000
        Southern District of Texas
        Admissions Id. No. 1220

Michael R. Ezell
**LAW OFFICE OF MICHAEL R. EZELL**
312 E. Van Buren
P. O. Box 2878
Harlingen, Texas 78551
Telephone:   (956) 425-2000
Facsimile:   (956) 421-4258

By: _____
MICHAEL R. EZELL
State Bar No.: 06764200
Southern District of Texas
Admissions Id. No. 2250

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 18th day of October, 2001, a true and correct copy of the above and foregoing Cross Claim was forwarded to all parties herein:

| | |
|---|---|
| Plaintiff Jefferson Pilot Life Ins. Co.<br>By and Through Its Attorney of Record<br>Mr. Jason R. Mann<br>***J. EDWARD MANN, JR. & ASSOCIATES***<br>P.O. Box 231<br>Harlingen, Texas 78551 | Hand Delivered |
| Defendant Sort-Rite International, Inc.<br>By and Through Its Attorney of Record<br>Mr. Chris Boswell<br>***STAPLETON, CURTIS & BOSWELL, LLP***<br>P.O. Box 2644<br>Harlingen, Texas 78551 | CM,RRR#7000 1530 0006 3431 4438 |
| Defendant Export-Import Bank of the US<br>By and Through Its Attorney of Record<br>Mr. William Mays<br>***Office of the General Counsel***<br>***Export-Import Bank of the U.S.***<br>9 11 Vermont Ave, NW<br>Washington, DC 20571 | CM,RRR#7000 1530 0006 3431 4445 |
| Defendant Leticia Elizalde de Pino<br>Defendant Debra Ann Metzger Finch<br>Defendant Katherine Lee Metzger<br>By and Through Their Attorney of Record<br>Ms. Constance Y. Singleton<br>***ATTORNEY AT LAW***<br>215 Bayland Ave.<br>Houston, Texas 77009 | CM,RRR#7000 1530 0006 3431 4452 |

_____
MICHAEL R. EZELL