IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

OCT 30 2001

Michael N. Milby
Clerk of Court

| | |
|---|---|
| JEFFERSON PILOT LIFE INSURANCE COMPANY,<br>Plaintiff, | *<br>*<br>*<br>* |
| v. | *   CIVIL ACTION No. B-01-142 |
| | * |
| SORT RITE INTERNATIONAL INC., et al.,<br>Defendants. | *<br>* |

### EXPORT IMPORT BANK OF THE UNITED STATES ANSWER TO SORT-RITE INTERNATIONAL INC.'S COUNTER CLAIM AND CROSS CLAIM FOR DECLARATORY JUDGMENT

TO THE HONORABLE JUDGE OF SAID COURT:

The Export Import Bank of the United States (hereinafter referred to as "Eximbank"), by and through Gregory A. Serres, United States Attorney for the Southern District of Texas, files this its answer to Sort-Rite International Inc.'s (hereinafter referred to as "Sort-Rite") and respectfully shows unto the Court as follows:

1. Eximbank admits the allegations contained in this paragraph.
2. Eximbank admits the allegations contained in this paragraph.
3. Eximbank admits the allegations contained in this paragraph.
4. Eximbank is without sufficient information to either admit or deny the allegations set forth in this paragraph.
5. Eximbank is without sufficient information to either admit or deny the allegations set forth in this paragraph.
6. Eximbank is without sufficient information to either admit or deny the allegations set forth in this paragraph.
7. Eximbank admits the allegations contained in this paragraph.
8. Eximbank admits the allegations contained in this paragraph except that the venue provision 28 U.S.C. 124(b)(7) should read 28 U.S.C. 124(b)(4).
9. Eximbank admits the allegations contained in this paragraph.
10. Eximbank admits the allegation contained in the first sentence of this paragraph. All other allegations in this paragraph contain legal argument for which no response is required as well as factual assertions that Eximbank is without sufficient

information to either admit or deny; however, to the extent a response may be deemed as required, the Eximbank denies the remaining allegations.

11. The allegations in this paragraph contain legal argument for which no response is required; however, to the extent a response may be deemed as required, the Eximbank denies the remaining allegations.

12. The allegations in this paragraph contain legal argument for which no response is required; however, to the extent a response may be deemed as required, the Eximbank denies the remaining allegations.

The remaining paragraphs of this Cross Claim for Declaratory Judgment consists of a Prayer for Relief for which no response is required. All allegations not addressed in this Answer are denied.

## AFFIRMATIVE DEFENSES

## FIRST AFFIRMATIVE DEFENSE

Eximbank is entitled, by way of a validly executed assignment of the life insurance proceeds by Shirley Metzger in her individual capacity and in her capacity as President of Sort-Rite International, Inc., to the life insurance proceeds to the extent of the balance due on a Promissory Note dated November 30, 1991, for which Shirley Metzger was a personal guarantor.

WHEREFORE, PREMISES CONSIDERED, the Eximbank prays that this Court enter judgment in favor of the Eximbank and award the life insurance proceeds at issue to Eximbank to the extent of the amount due and owing on its promissory note that was personally guaranteed by Shirley Metzger and such other and further relief to which it may be entitled.

Respectfully submitted,

GREGORY A. SERRES
United States Attorney

NANCY L. MASSO
Assistant United States Attorney
600 E. Harrison St., No. 201
Brownsville, Texas 78520
Tel: (956) 548-2554
Fax: (956) 548-2549
State Bar No. 00800490
Federal I.D. No. 10263

2

## CERTIFICATE OF SERVICE

I hereby certify that on October 30, 2001, a copy of the true and foregoing copy of the EXPORT IMPORT BANK OF THE UNITED STATES ANSWER TO SORT-RITE INTERNATIONAL INC.'S COUNTER CLAIM AND CROSS-CLAIM FOR DECLARATORY JUDGMENT was mailed to the following parties herein, via certified mail, return receipt requested:

Mr. Jason R. Mann, Attorney for
Jefferson Pilot Life Insurance Company
P.O. Box 231
P.O. Box 231
Harlingen, Texas 78551

Mr. Michael R. Ezell, Attorney for
Coastal Banc, ssb
P.O. Box 2878
Harlingen, Texas 2878

Ms. Constance Singleton, Attorney for
Debra Ann Metzger Finch,
Katherine Lee Metzger
Leticia Elizalde de Pino
215 Bayland Ave.
Houston, Texas 77009

Mr. Chris Boswell, Attorney for
Sort-Rite International Inc.
515 East Harrison St., Suite A
Harlingen, Texas 78550

NANCY L. MASSO
Assistant United States Attorney

3