18

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

DEC 0 4 2001 11:35AM

Michael N. Milby, Clerk of Court

| | | |
|---|---|---|
| **JEFFERSON-PILOT LIFE INSURANCE COMPANY** | § § § | |
| Plaintiff, | § § | |
| V. | § § | |
| **SORT-RITE INTERNATIONAL, INC., EXPORT IMPORT BANK OF THE UNITED STATES, COASTAL BANK, SSB, LETICIA ELIZALDE de PINO, Beneficiary, DEBRA ANN METZGER FINCH, Contingent Beneficiary, KATHERINE LEE METZGER, Second Contingent Beneficiary.** | § § § § § § § § | CIVIL ACTION NO. B-01-142 |
| Defendants. | § | |

### STIPULATION OF DISMISSAL WITH PREJUDICE OF CLAIMS BY AND AGAINST JEFFERSON PILOT LIFE INSURANCE COMPANY

Plaintiff and Defendant file this Stipulation of Dismissal under Federal Rule of Civil Procedure 41(a)(1)(ii).

1. JEFFERSON PILOT LIFE INSURANCE COMPANY is Plaintiff. SORT-RITE INTERNATIONAL, INC., EXPORT IMPORT BANK OF THE UNITED STATES, COASTAL BANK SSB, LETICIA ELIZALDE de PINO, Beneficiary, DEBRA ANN METZGER FINCH, Contingent Beneficiary, and KATHERINE LEE METZGER, Second Contingent Beneficiary are Defendants.

2. On August 15, 2001, Plaintiff filed an Original Complaint for Interpleader.

3. Plaintiff moves to dismiss with prejudice all claims by and against JEFFERSON PILOT

LIFE INSURANCE COMPANY.

4. Defendants agree to the dismissal.

5. This case is not a class action, and a receiver has not been appointed.

6. This action is not governed by any statute of the United States that requires an order of the court for dismissal of this case.

7. Plaintiff has not dismissed an action based on or including the same claim or class as those presented in this case.

8. That attorney's fees in the amount of $5,500.00, plus reimbursable expenses in the amount of $136.73 and taxable costs of Court in the amount of $150.00, be paid to J. Edward Mann, Jr. & Associates out of the interpled funds in the Registry of the Court.

9. This dismissal is with prejudice

Respectfully submitted,

J. EDWARD MANN, JR. & ASSOCIATES

Jason R. Mann
State Bar No. 24004793
Federal Bar No. 23543
222 E. Van Buren, Suite 701
P. O. Box 231
Harlingen, Texas 78551-0231
Telephone: 956/428-4114
Facsimile: 956/428-9494
Attorney for JEFFERSON PILOT LIFE INSURANCE COMPANY

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of this instrument has been forwarded to all parties and counsel of record on this the 4th day of December, 2001.

Jason R. Mann

Stipulation of Dismissal With Prejudice of Claims
by and Against Jefferson Pilot Life Insurance Company - Page 2

APPROVED AND ENTRY REQUESTED:

By: _____
STAPLETON, CURTIS & BOSWELL, L.L.P.
Chris Boswell
Attorney in Charge
State Bar No. 02683300
Southern District of Texas
Admissions ID. No. 1256
515 E. Harrison, Suite "A" (78550)
P.O. Box 2644
Harlingen, Texas 7551
Telephone: 956-428-9191
Telecopier: 956-428 9283
ATTORNEY FOR SORT-RITE INTERNATIONAL


By: _____
NANCY MASSO
Assistant United States Attorney
600 E. Harrison St., No. 201
Brownsville, Texas 78520
Tel: 956-548-2554
Fax: 956-548-2549
State Bar No. 00800490
Federal I.D. No. 10263
ATTORNEY FOR EXPORT IMPORT
BANK OF THE UNITED STATES


By: _____
Constance Y Singleton
Attorney at Law
State Bar No._____
Southern District of Texas
Admissions Id. No. _____
215 Bayland Avenue
Houston, Texas 77009
ATTORNEY FOR LETICIA ELIZALDE de PINO,
DEBRA ANN METZGER FINCH and
KATHERINE LEE METZGER

APPROVED AND ENTRY REQUESTED:

By: _____
STAPLETON, CURTIS & BOSWELL, L.L.P.
Chris Boswell
Attorney in Charge
State Bar No. 02683300
Southern District of Texas
Admissions ID. No. 1256
515 E. Harrison, Suite "A" (78550)
P.O. Box 2644
Harlingen, Texas 7551
Telephone: 956-428-9191
Telecopier: 956-428-9283
ATTORNEY FOR SORT-RITE INTERNATIONAL

By: _____
NANCY MASSO
Assistant United States Attorney
600 E. Harrison St., No. 201
Brownsville, Texas 78520
Tel: 956-548-2554
Fax: 956-548-2549
State Bar No. 00800490
Federal I.D. No. 10263
ATTORNEY FOR EXPORT IMPORT
BANK OF THE UNITED STATES

By: _____
Constance Y Singleton
Attorney at Law
State Bar No._____
Southern District of Texas
Admissions Id. No. _____
215 Bayland Avenue
Houston, Texas 77009
ATTORNEY FOR LETICIA ELIZALDE de PINO,
DEBRA ANN METZGER FINCH and
KATHERINE LEE METZGER

APPROVED AND ENTRY REQUESTED:

By: _____
STAPLETON, CURTIS & BOSWELL, L.L.P.
Chris Boswell
Attorney in Charge
State Bar No. 02683300
Southern District of Texas
Admissions ID. No. 1256
515 E. Harrison, Suite "A" (78550)
P.O. Box 2644
Harlingen, Texas 7551
Telephone: 956-428-9191
Telecopier: 956-428-9283
ATTORNEY FOR SORT-RITE INTERNATIONAL


By: _____
NANCY MASSO
Assistant United States Attorney
600 E. Harrison St., No. 201
Brownsville, Texas 78520
Tel: 956-548-2554
Fax: 956-548-2549
State Bar No. 00800490
Federal I.D. No. 10263
ATTORNEY FOR EXPORT IMPORT
BANK OF THE UNITED STATES

By: *[signature]*
Constance Y Singleton
Attorney at Law
State Bar No. 18435600
Southern District of Texas
Admissions Id. No. 6567
215 Bayland Avenue
Houston, Texas 77009
ATTORNEY FOR LETICIA ELIZALDE de PINO,
DEBRA ANN METZGER FINCH and
KATHERINE LEE METZGER

By: /s/ Michael R. Ezell
Michael R. Ezell
LAW OFFICE OF MICHAEL R. EZELL
State Bar No.: 06764200
Southern District of Texas
Admissions Id. No. 2250
312 E., Van Buren
P.O. Box 2878
Harlingen, Texas 78551
Tel: 956-425-2000
Fax: 956-421-4258