19

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

DEC 0 6 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| JEFFERSON-PILOT LIFE INSURANCE COMPANY | § § § § | |
| Plaintiff, | § § | |
| V. | § § § | |
| SORT-RITE INTERNATIONAL, INC., EXPORT IMPORT BANK OF THE UNITED STATES, COASTAL BANK, SSB, LETICIA ELIZALDE de PINO, Beneficiary, DEBRA ANN METZGER FINCH, Contingent Beneficiary, KATHERINE LEE METZGER, Second Contingent Beneficiary. | § § § § § § § § § | CIVIL ACTION NO. B-01-142 |
| Defendants. | § § | |

## ORDER TO DISBURSE FUNDS FROM THE REGISTRY OF THE COURT

CAME on to be considered this day the parties Stipulation of Dismissal with Prejudice Claims By and Against JEFFERSON-PILOT LIFE INSURANCE COMPANY, (hereinafter referred to as "JEFFERSON PILOT"), in the above-referenced matter. After considering the Stipulation, the Court

GRANTS the Stipulation of Dismissal By and Against JEFFERSON PILOT and dismisses the case with Prejudice:

GRANTS attorney's fees in the amount of $5,500.00, plus reimbursable expenses in the amount of $136.73 and taxable costs of Court in the amount of $150.00, be paid to J. Edward Mann, Jr. & Associates out of the interpled funds in the Registry of the Court

upon the signing of this Order.

IT IS THEREFORE ORDERED and DECREED that the ~~District Court~~ CLERK shall disburse to J. Edward Mann, Jr. & Associates, out of the interpled funds in the Registry of the Court, the amount of $5,786.73.

SIGNED this 6 day of December, 2001.

_____
PRESIDING JUDGE



Order Granting Stipulation of Dismissal with Prejudice Claims By and Against
Jefferson Pilot Life Insurance Company - Page 2