21

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JAN 09 2002

Michael N. Milby
Clerk of Court

| | |
|---|---|
| Jefferson Pilot Life Ins. Co., <br>    Plaintiff, | § <br> § <br> § |
| v. | §   CIVIL ACTION NO. B-01-142 |
| Sort-Rite International, et al., <br>    Defendants. | § <br> § <br> § |

## ORDER

BE IT REMEMBERED that on January 8, 2002, the Court **ORDERED** the Parties to **SHOW CAUSE** why sanctions should not be levied against them for failing to meet the Court's deadline for the filing of a Joint Discovery/Case Management Plan in compliance with Court Chamber Rule 7(A)(1). The Parties will be expected to show such cause at the initial pretrial conference, which is set for January 14, 2002 at 1:30 p.m. C.S.T.

DONE this 8th day of January, 2002, at Brownsville, Texas.

Hilda G. Tagle
United States District Judge