22

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
FILED

JAN 11 2002

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| JEFFERSON PILOT LIFE INSURANCE | § | |
| | § | |
| vs. | § | CIVIL ACTION NO. B-01-142 |
| | § | |
| SORT-RITE INTERNATIONAL, INC., | § | |
| et al. | § | |

## MOTION FOR LEAVE TO EXTEND DEADLINE TO FILE
## JOINT CASE MANAGEMENT PLAN

TO THE HONORABLE JUDGE OF SAID COURT:

The undersigned parties jointly move for leave to file the Joint Case Management Plan in this case on January 11, 2002. Since November 6, 2001, the parties have been working diligently to exchange documents and to expedite a possible settlement of this case.

The parties had originally intended to attempt to mediate this case prior to January 14, 2002. However, because of scheduling difficulties among the parties, the voluntary mediation failed to occur.

The parties have on several occasions discussed a plan and have now formalized that plan. The parties have agreed to a Mediator and a mediation date of March 1, 2002. The Joint Case Management Plan is filed together with this Motion.

WHEREFORE, PREMISES CONSIDERED, the undersigned parties jointly request leave to file this Joint Case Management Plan on January 11, 2002.

OF COUNSEL:

STAPLETON, CURTIS &
BOSWELL, L.L.P.

_____
Chris Boswell
Attorney in Charge
State Bar No. 02683300
Southern District of Texas
Admissions Id. No. 1256
515 East Harrison, Suite "A" (78550)
Post Office Box 2644
Harlingen, Texas 78551
Telephone:    (956) 428-9191
Telecopier:   (956) 428-9283

Attorney for Sort-Rite International, Inc.

_____
Nancy Masso
State Bar No. 00800490
Federal I.D. No. 10263
Assistant United States Attorney
600 East Harrison, Suite 201
Brownsville, Texas 78520
Telephone:    (956) 548-2554
Telecopier:   (956) 548-2549
Attorney for Defendant Export-Import Bank
of the U.S.

_____
Michael R. Ezell
State Bar No. 06764200
Admissions No. 2250
P.O. Box 2878
Harlingen, Texas 78551-2878
Telephone:    (956) 425-2000
Telecopier:   (956) 421-4258

AND

OF COUNSEL:

STAPLETON, CURTIS & BOSWELL, L.L.P.

Chris Boswell
Attorney in charge
State Bar No. 02683300
Southern District of Texas
Admissions No. 1256
515 East Harrison, Suite "A" (78550)
Post Office Box 2644
Harlingen, Texas 78551
Telephone:     (956) 428-9191
Telecopier:    (956) 428-9283

Attorney for Port-Rite International, Inc.

_____
Nancy N
State Bar No. 00800490
Federal ID No. 10263
Assistant United States Attorney
600 East Harrison, Suite 201
Brownsville, Texas 78520
Telephone:     (956) 548-2554
Telecopier:    (956) 548-2549
Attorney for Defendant Export-Import Bank of the U.S.


_____
Michael R. Ezell
State Bar No. 06764200
Admissions No. 2250
P.O. Box 2878
Harlingen, Texas 78551-2878
Telephone:     (956) 425-2000
Telecopier:    (956) 421-4258

AND

.0 02 16:30 FROM:STAPLETON CURTIS 956-428-9283 TO:956 421 4258 PAGE:09

OF COUNSEL:

STAPLETON, CURTIS & BOSWELL, L.L.P.

Chris Boswell
Attorney in Charge
State Bar No. 02683300
Southern District of Texas
Admissions Id. No. 1256
515 East Harrison, Suite "A" (78550)
Post Office Box 2644
Harlingen, Texas 78551
Telephone: (956) 428-9191
Telecopier: (956) 428-9283

Attorney for Sort-Rite International, Inc.

Nancy Masso
State Bar No. 00800490
Federal I.D. No. 10263
Assistant United States Attorney
600 East Harrison, Suite 201
Brownsville, Texas 78520
Telephone: (956) 548-2554
Telecopier: (956) 548-2549
Attorney for Defendant Export-Import Bank of the U.S.

*/s/ Michael R. Ezell*

Michael R. Ezell
State Bar No. 06764200
Admissions No. 2250
P.O. Box 2878
Harlingen, Texas 78551-2878
Telephone: (956) 425-2000
Telecopier: (956) 421-4258

AND

_____
Andrew Rozell
State Bar No. 17358000
Admissions No. 1220
323 East Jackson
Harlingen, Texas 78550
Telephone:  (956) 428-1282
Telecopier:  (956) 428-6595

Attorneys of Record for Defendant Coastal Banc, SSB

_____
Constance Y. Singleton
State Bar No. 8435600
Admissions No. 6567
215 Bayland Ave.
Houston, Texas 77009
Telephone:  (281) 687-0100
Telecopier:  (713) 802-1202

Attorney for Defendants Leticia Elizalde de Pino, Debra Ann Metzger Finch and Katherine Lee Metzger

Case 1:01-cv-00142  Document 22  Filed in TXSD on 01/11/2002  Page 6 of 6

)M : CYS                              FAX NO. : 7138021202              . 11 2002 10:39AM  P2
JAN-10 02 16:09  FROM:STAPLETON CURTIS  956-428-9283        TO:7138021202              PAGE:09

Andrew Rozell
State Bar No. 17358000
Admissions No. 1220
323 East Jackson
Harlingen, Texas 78550
Telephone:  (956) 428-1282
Telecopier: (956) 428-6595

Attorneys of Record for Defendant Coastal Banc, SSB

*[signature]*

Constance Y. Singleton
State Bar No. 8435600
Admissions No. 6567
215 Bayland Ave.
Houston, Texas 77009
Telephone:  (281) 687-0100
Telecopier: (713) 802-1202

Attorney for Defendants Leticia Elizaldo de Pino, Debra Ann Metzger Finch and Katherine Lee Metzger