23

United States District Court
Southern District of Texas
FILED

JAN 1 1 2002

Michael N. Milby
Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| JEFFERSON PILOT LIFE INSURANCE | § § | |
| vs. | § § | CIVIL ACTION NO. B-01-142 |
| SORT-RITE INTERNATIONAL, INC., et al. | § § § | |

## JOINT CASE MANAGEMENT PLAN

1. Pursuant to Fed. R. Civ. P. 26(f), the parties conferred through their attorneys of record on or before November 6, 2001 and again on January 9, 2002 telephonically. Those participating in the conference were:

- Chris Boswell, attorney for Sort-Rite International, Inc.;

- Nancy Masso, attorney for Export-Import Bank of the United States;

- Andrew K. Rozell and Michael Ezell, attorneys for Coastal Banc, SSB; and

- Constance Singleton, attorney for Leticia Elizalde de Pino, Katherine Lee Metzger and Debra Ann Metzger Finch.

2. <u>Pre-trial Disclosures</u>.  The parties have exchanged the information required by Fed. R. Civ. P. 26(a)(1).

3. <u>Discovery Plan</u>.  The parties jointly propose to the Court the following discovery plan:

a. Discovery will be needed on the following subjects:

- Documents and evidence reflecting current status of owners, employers and beneficiaries on the life insurance policy in question on the date of death of Shirley Metzger;

- Documents and evidence reflecting the current status of assignments of any portion of the life insurance proceeds as collateral on the date of death of Shirley Metzger;

- Documents and evidence reflecting the current status of any claim by the parties in any bankruptcy proceeding filed by Sort-Rite International, Inc.;

- Documents and evidence regarding payments, loans or charges made to maintain life insurance.

- Documents and evidence related to the claims of the various parties to the proceeds of the insurance in the Registry of the Court.

b. All discovery commenced in time to be completed by **May 1, 2002**.

c. Maximum of thirty (30) interrogatories by each party to any other party. Responses due thirty (30) days after service.

d. Maximum of thirty (30) requests for admissions by each party to any other party. Responses due thirty (30) days after service.

e. Maximum of three (3) depositions per party.

f. Each deposition shall be limited as follows unless extended by agreement of parties. The party asking the first question shall utilize no more than three (3) hours. Each remaining party shall be permitted a maximum of one (1) hour for examination.

g.  Reports from retained experts under Rule 26(a)(2) due from each party on or before **April 1, 2002**.

h.  Supplementations under Rule 26(e) due **May 1, 2002**.

4.  <u>Other Items</u>.

a.  The parties shall mediate this case on **March 1, 2002** with Steven Fieldcamp provided that Exim Bank documents have been made available for inspection by January 22, 2002. Each party shall deliver to each other party a Memorandum of Authorities and Case Statement supporting their position by **February 21, 2002** to facilitate the mediation process.

b.  All dispositive motions shall be filed by **May 1, 2002**.

c.  Final lists of witnesses and exhibits under Rule 26(a)(3) should be due from each party by **May 15, 2002**.

d.  Each party should have fifteen (15) days after service of final lists of witnesses and exhibits to list objections under Rule 26(a)(3).

e.  The case should be ready for trial by **June 1, 2002** and is expected to take approximately three (3) days.

Respectfully submitted on this __11th__ day of January, 2002.

OF COUNSEL:

STAPLETON, CURTIS &
   BOSWELL, L.L.P.

_/s/ Chris Boswell_
Chris Boswell
Attorney in Charge
State Bar No. 02683300
Southern District of Texas
Admissions Id. No. 1256
515 East Harrison, Suite "A" (78550)
Post Office Box 2644
Harlingen, Texas  78551
Telephone:      (956) 428-9191
Telecopier:     (956) 428-9283

Attorney for Sort-Rite International, Inc.

---

Nancy Masso
State Bar No. 00800490
Federal I.D. No. 10263
Assistant United States Attorney
600 East Harrison, Suite 201
Brownsville, Texas 78520
Telephone:      (956) 548-2554
Telecopier:     (956) 548-2549
Attorney for Defendant Export-Import Bank of the U.S.

---

Michael R. Ezell
State Bar No. 06764200
Admissions No. 2250
P.O. Box 2878
Harlingen, Texas 78551-2878
Telephone:      (956) 425-2000
Telecopier:     (956) 421-4258

AND

OF COUNSEL:

STAPLETON, CURTIS &
BOSWELL, L.L.P.

Chris Boswell
Attorney in Charge
State Bar No. 02683300
Southern District of Texas
Admissions Id. No. 1256
515 East Harrison, Suite "A" (78550)
Post Office Box 2644
Harlingen, Texas 78551
Telephone:      (956) 428-9191
Telecopier:     (956) 428-9283

Attorney for Sort-Rite International, Inc.

Nancy Masso
State Bar No. 00800490
Federal I.D. No. 10263
Assistant United States Attorney
600 East Harrison, Suite 201
Brownsville, Texas 78520
Telephone:      (956) 548-2554
Telecopier:     (956) 548-2549
Attorney for Defendant Export-Import Bank
of the U.S.

Michael R. Ezell
State Bar No. 06764200
Admissions No. 2250
P.O. Box 2878
Harlingen, Texas 78551-2878
Telephone:      (956) 425-2000
Telecopier:     (956) 421-4258

AND

OF COUNSEL:

STAPLETON, CURTIS &
  BOSWELL, L.L.P.

---

Chris Boswell
Attorney in Charge
State Bar No. 02683300
Southern District of Texas
Admissions Id. No. 1256
515 East Harrison, Suite "A" (78550)
Post Office Box 2644
Harlingen, Texas 78551
Telephone:    (956) 428-9191
Telecopier:   (956) 428-9283

Attorney for Sort-Rite International, Inc.

---

Nancy Masso
State Bar No. 00800490
Federal I.D. No. 10263
Assistant United States Attorney
600 East Harrison, Suite 201
Brownsville, Texas 78520
Telephone:    (956) 548-2554
Telecopier:   (956) 548-2549

Attorney for Defendant Export-Import Bank of the U.S.

_____
Michael R. Ezell
State Bar No. 06764200
Admissions No. 2250
P.O. Box 2878
Harlingen, Texas 78551-2878
Telephone:    (956) 425-2000
Telecopier:   (956) 421-4258

AND

_____
Andrew Rozell
State Bar No. 17358000
Admissions No. 1220
323 East Jackson
Harlingen, Texas 78550
Telephone:   (956) 428-1282
Telecopier:  (956) 428-6595

Attorneys of Record for Defendant Coastal Banc, SSB


_____
Constance Y. Singleton
State Bar No. 8435600
Admissions No. 6567
215 Bayland Ave.
Houston, Texas 77009
Telephone:   (281) 687-0100
Telecopier:  (713) 802-1202

Attorney for Defendants Leticia Elizalde de Pino, Debra Ann Metzger Finch and Katherine Lee Metzger

Case 1:01-cv-00142   Document 23   Filed in TXSD on 01/11/2002   Page 8 of 8

FROM : CYS                         FAX NO. : 7138021202                 11 2002 10:39AM P3
     JAN-10 02 16:06  FROM:STAPLETON CUR..S     956-428-9283     TO:7138021.../.        PAGE:06

Andrew Rozell
State Bar No. 17358000
Admissions No. 1220
323 East Jackson
Harlingen, Texas 78550
Telephone:   (956) 428-1282
Telecopier:  (956) 428-6595

Attorneys of Record for Defendant Coastal Banc, SSB


_____
Constance Y. Singleton
State Bar No. 8435600
Admissions No. 6567
215 Bayland Ave.
Houston, Texas 77009
Telephone:   (281) 687-0100
Telecopier:  (713) 802-1202

Attorney for Defendants Leticia Elizalde de Pino, Debra Ann Metzger Finch and Katherine Lee Metzger