24

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

JAN 1 5 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| Jefferson Pilot Life Ins. Co.,<br>    Plaintiff, | §<br>§<br>§ | |
| v. | § | CIVIL ACTION NO. B-01-142 |
| Sort-Rite International, et al.,<br>    Defendants. | §<br>§<br>§ | |

## ORDER

BE IT REMEMBERED that on January 14, 2002, the Court the Court considered the Parties' most recent Joint Discovery / Case Management Plan [Dkt. No. 24], in which they indicate that the Parties do not object to trial before a magistrate judge [¶ 16]. The Court accordingly **REFERS** the case to Magistrate Judge Felix Recio.

DONE this 14th day of January, 2002, at Brownsville, Texas.

Hilda G. Tagle
United States District Judge