25

**UNITED STATES DISTRICT COURT**        **SOUTHERN DISTRICT OF TEXAS**

United States District Court
Southern District of Texas
ENTERED
JAN 1 5 2002
Michael N. Milby, Clerk of Court
By Deputy Clerk

Jefferson Pilot Life §
versus §
§ CIVIL ACTION B- 01-142
Sart Rita International Inc. §
§

## Scheduling Order

1. Trial: Estimated time to try: __3__ days.         ☒ Bench    ☐ Jury

2. New parties must be joined by:             __2/1/02__

   *Furnish a copy of this scheduling order to new parties.*

3. The plaintiff's experts will be named with a report furnished by:    __4/2/02__
   ALL PARTIES EXPERTS

4. The defendant's experts must be named with a report furnished within 30 days of the deposition of the plaintiff's expert.

5. Discovery must be completed by:         __5/1/02__

   *Counsel may agree to continue discovery beyond the deadline, but there will be no intervention by the court. No continuance will be granted because of information acquired in post-deadline discovery.*

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*    The court will provide these dates.    \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

6. Dispositive Motions will be filed by:       __6/4/02__

7. Joint pretrial order is due:          __8/21/02__

   *The plaintiff is responsible for filing the pretrial order on time.*

8. Docket Call and final pretrial conference is set for 1:30 p.m. on:    __9/5/02__

9. Jury Selection is set for 9:00 a.m. on:       __9/9/02__

The case will remain on standby until tried.

Signed __January 14__, 200_2_, at Brownsville, Texas.

*Hilda Tagle*
Hilda G. Tagle
**United States District Judge**

*Counsel, please sign on the back.*

*Scheduling Order--Page Two*

_____
Counsel for Sort-Rite Intl., Inc.

_____
Counsel for Coastal Banc, ssb

_____
Counsel for

_____
Counsel for Coastal Bank

_____
Counsel for Export Import Bank

_____
Counsel for