## Civil Courtroom Minutes



| | |
|---|---|
| JUDGE | Hilda G. Tagle |
| CASE MANAGER | Stella Cavazos |
| LAW CLERK | ☐ Roberts   ■ Lehrman |
| DATE | 01 / 14 / 02 |
| TIME | 1:45 p.m. — 2:00 p.m. |
| CIVIL ACTION | B-01-142 |
| STYLE | Jefferson Pilot *versus* Sort-Rite, et al., |

**DOCKET ENTRY**

(HGT)  ■ Initial Pre-Trial Conference;     (Court Reporter: Breck Record)

Attorney(s) for Plaintiff(s):   Attorney for Plaintiff did not appear as Plaintiff has been dismissed from the case.

Attorney(s) for Defendant(s):
  Chris Boswell for Sort-Rite
  Michael Ezell and Andrew Rozell for Coastal Banc
  Constance Singleton for Leticia Elizalde de Pino, Katherine Lee Metzger and Debra Ann Metzger Finch.
  Nancy Masso appeared (late) for Export Import Bank.

Comments:
    Mr. Boswell said that the planned mediation never happened– the Parties' schedule was too ambitious. The scheduling issues have now been resolved, and a Joint Discovery Plan was circulated on Friday. The Parties have agreed to mediate this case March 1, 2002. The case simply involves $1 ½ million from a life insurance policy.

The Court asked why the Joint Discovery Plan was late. The Parties took it upon themselves to file late. Ms. Singleton stated that with a couple of documents from the two banks the Parties will have what they need to file their summary judgment motions. The Case Management plan was drafted in view of the document problem. The Court stated that no one had apprised her of the problem of submitting the Joint Discovery Plan until after the deadline. Parties may not set deadlines for themselves. The Court warned the parties not to set their own deadlines again. Motion to submit late **GRANTED**, but the Court informed the Parties that she will not hesitate to impose sanctions in the future. The Court dismissed the Parties.

The Court recalled the parties for further hearing. The Court informed that Parties that she wanted an explanation as to why the Joint Discovery/Case Management Plan was incomplete and recessed their case until after the criminal docket. After the recess, the parties submitted an (Amended) Joint Discovery/Case Management Plan that conforms with the Court's Chamber Rules and were subsequently discharged.

The Court asked why the Joint Discovery Plan was late. The Parties took it upon themselves to file late. Ms. Singleton stated that with a couple of documents from the two banks the Parties will have what they need to file their summary judgment motions. The Case Management plan was drafted in view of the document problem. The Court stated that no one had apprised her of the problem of submitting the Joint Discovery Plan until after the deadline. Parties may not set deadlines for themselves. The Court warned the parties not to set their own deadlines again. Motion to submit late **GRANTED**, but the Court informed the Parties that she will not hesitate to impose sanctions in the future. The Court dismissed the Parties.

The Court recalled the parties for further hearing. The Court informed that Parties that she wanted an explanation as to why the Joint Discovery/Case Management Plan was incomplete and recessed their case until after the criminal docket. After the recess, the parties submitted an (Amended) Joint Discovery/Case Management Plan that conforms with the Court's Chamber Rules and were subsequently discharged.