UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
FILED

APR 0 3 2002

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| JEFFERSON PILOT LIFE INSURANCE | § § | |
| vs. | § § | CIVIL ACTION NO. B-01-142 |
| SORT-RITE INTERNATIONAL, INC., et al. | § § | |

## MOTION FOR JUDGMENT PURSUANT TO RULE 12(b)(6)

TO THE HONORABLE UNITED STATES MAGISTRATE:

SORT-RITE INTERNATIONAL, INC. (*hereinafter "Sort-Rite"*) files this its Motion for Judgment Pursuant to Rule 12 and in support thereof, would respectfully show the Court as follows:

### 1. Procedural History

1.01   On or about August 15, 2001, Jefferson-Pilot Life Insurance Company (*hereinafter "Jefferson-Pilot"*) filed its Original Complaint for Interpleader whereby the Plaintiff interpled into the Registry of the Court the approximate sum of One Million Five Hundred Nine Thousand Seven Hundred Seventy-Four Dollars and Seventy Cents ($1,509,774.70) being the proceeds due on life insurance policy number JP4038973 issued by Jefferson-Pilot on or about December 1, 1987 insuring the life of Shirley J. Metzger.

1.02   Pursuant to the Court's Order Setting Conference, Sort-Rite timely filed its List of All Entities Financially Interested in this Litigation.

1.03   Thereafter, Sort-Rite filed its Original Answer, Counterclaim and Cross-Claim for Declaratory Judgment. The Cross-Claim for Declaratory Judgment was directed in part against Defendant Leticia Elizalde de Pino, Defendant Debra Ann Metzger Finch and Katherine Lee Metzger. Sort-Rite's Cross-Action for Declaratory Judgment asserts that as a result of the death of Shirley J. Metzger, Sort-Rite is entitled under the Split Dollar Endorsement for Universal Life Policy to One Million Dollars ($1,000,000) together with accrued interest on that portion of premiums which should have been paid by Shirley J. Metzger. Sort-Rite pled that pursuant to Federal Rule of Civil Procedure 57, it was entitled to a Declaratory Judgment awarding it One Million Dollars ($1,000,000) on the amount interplead plus that portion of the premiums paid by Sort-Rite which should have been paid by co-owner Shirley J. Metzger, individually plus interest at the rate of four percent (4%).

1.04   Although other parties including Coastal Banc and Export Import Bank filed Responses to the Counterclaim and Cross-claim as well as Notices of Claim, Cross-Defendants Leticia Elizalde de Pino (*hereinafter "Pino"*), Debra Metzger Finch (*hereinafter "Finch"*) and Katherine Metzger (*hereinafter "Metzger"*) did not file an Answer to Sort-Rite's Cross-claim. [1]

---

[1] Coastal Banc and Export-Import Bank have settled their claims to the interpled fund. An Agreed Judgment regarding a disposition of their interests to the fund will be submitted by the parties shortly, if it has not already been done.

1.05    Pino, Finch and Metzger did file an Answer to Jefferson-Pilot's Complaint for Interpleader and has entered an appearance. Nor have Pino, Finch and Metzger filed any form of affirmative relief upon which relief can be granted.

## 2. Argument and Authorities

2.01    De Pino, Finch and Metzger have failed to plead any affirmative relief which would entitle them to receive any portion of the interplead funds. Further, by failing to respond to the Cross-claim for Declaratory Judgment filed by Sort-Rite, the Cross-Defendants, pursuant to Rule 8, are deemed to have admitted the allegations contained in Sort-Rite's cross-claim for declaratory judgment.

2.02    Judgment should be granted in favor of Sort-Rite pursuant to Rule 12(b)(6) for the reason that Cross-Defendants have failed to state a claim upon which relief can be granted.

2.03    In the alternative, the Court should order Cross-Defendants to plead a more definite statement for relief since, not only is Cross-Defendants' pleading with respect to its entitlement to the interpled funds "so vague and ambiguous that a party cannot reasonably be required to frame a responsive pleading", it is not existent.

OF COUNSEL:

STAPLETON, CURTIS &
BOSWELL, L.L.P.

_____
Chris Boswell
Attorney in Charge
State Bar No. 02683300
Southern District of Texas
Admissions Id. No. 1256
515 East Harrison, Suite "A" (78550)
Post Office Box 2644
Harlingen, Texas 78551
Telephone:    (956) 428-9191
Telecopier:   (956) 428-9283

Attorney for Sort-Rite International, Inc.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the ___3rd___ day of April, 2002, a true and correct copy of the above and foregoing Motion for Judgment Pursuant to Rule 12(b)(6) was forwarded to all parties herein:

| | |
|---|---|
| Defendant Leticia Elizalde de Pino<br>Defendant Debra Ann Metzger Finch<br>Defendant Katherine Lee Metzger<br>By and Through Their Attorney of Record<br>Ms. Constance Y. Singleton<br>215 Bayland Ave.<br>Houston, Texas 77009 | CMRRR #7001 2510 0006 8915 7778 |
| Defendant Export-Import Bank of the US<br>By and Through Its Attorney of Record<br>Ms. Nancy Masso<br>Assistant United States Attorney<br>600 East Harrison, Suite 201<br>Brownsville, Texas 78520 | CMRRR #7001 2510 0006 8915 7693 |
| Defendant Coastal Banc, ssb<br>By and Through Its Attorneys of Record<br>Mr. Michael R. Ezell<br>P.O. Box 2878<br>Harlingen, Texas 78551-2878<br>and | Hand Delivered |
| Mr. Andy Rozell<br>Attorney at Law<br>323 East Jackson<br>Harlingen, Texas 78550 | Hand Delivered |
| Mr. William Capt<br>Sort-Rite International, Inc.<br>P.O. Box 1805<br>Harlingen, Texas 78551-1805 | First Class Mail |

_____
Chris Boswell