IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

APR 1 1 2002

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| JEFFERSON-PILOT INSURANCE CO. | § | |
| | § | |
| V. | § | CIVIL ACTION NO. B-01-142 |
| | § | |
| SORT-RITE INTERNATIONAL, ET AL. | § | |

## MOTION TO DISTRIBUTE FUNDS IN THE REGISTRY OF THE COURT AND FOR DISMISSAL OF PARTIES

TO THE HONORABLE JUDGE OF SAID COURT:

Coastal Banc, ssb presents this Motion to Distribute Funds in the Registry of the Court and shows as follows:

1. **Mediation; Partial Settlement.** On March 1, 2002 the parties mediated this case and a partial settlement was reached by and between Coastal Banc, ssb, the Export-Import Bank of the United States, Leticia Elizalde de Pino, individually and as Independent Executrix of the Estate of Shirley Metzger, Debra Metzger Finch and Katherine Lee Metzger. A copy of the settlement agreement is attached and incorporated as Exhibit "A".

2. **Request to Distribute Funds.** There is presently in the registry of the Court the approximate amount of one million four hundred ninety-five thousand ($1,495,000.00) dollars, plus any interest that has accrued while the funds were in the registry of the court. Approximately five hundred thousand ($500,000.00) of these funds are the employee portion of split-dollar life insurance proceeds. Coastal prays that the following amounts be disbursed to the appropriate parties.
   A. To Coastal Banc, ssb the amount of one hundred twenty-five thousand ($125,000.00)
dollars, to be paid to Coastal Banc, ssb and delivered to its attorney, Andrew K. Rozell, 323 East Jackson Street, Harlingen, Texas 785550;
   B. To the Export-Import Bank of the United States the amount of twenty-five thousand ($25,000.00) dollars, to be paid to the Export-Import Bank of the United States and delivered to its attorney, Nancy Masso, Assistant United States Attorney, 600 East Harrison, Brownsville, Texas 78520.

4. <u>Dismissal of Parties</u>. The parties would show the Court that upon payment of these amounts to Coastal Banc, ssb and Export-Import Bank of the United States, the claims of Coastal Banc, ssb and Export-Import Bank to the subject matter of this interpleader action will be fully and finally determined. Accordingly, Coastal Banc, ssb and Export-Import Bank should be dismissed from this suit with the provision that both Coastal Banc, ssb and Export-Import Bank pay the court costs incurred by them in accordance with the terms of this order.

5. <u>Prayer</u>. Coastal Banc, ssb respectfully requests that the Court order the distribution of the funds as requested in this motion and the dismissal from this suit of Coastal Banc, ssb and Export-Import Bank of the United States.

Respectfully submitted,
LAW OFFICE OF ANDREW K. ROZELL

By: _____
Andrew K. Rozell
State Bar No. 17358000
Southern District I.D. No. 1220
323 East Jackson Street
Harlingen, TX 78550
956/428-1282 - 428-6595 (fax)

LAW OFFICE OF MICHAEL R. EZELL

By: _____
Michael R. Ezell
State Bar No. 0676420
Southern District I.D. No. 2250
312 E. Van Buren
Harlingen, TX 78550
956/425-2000 - 421-4258 (fax)
ATTORNEYS FOR COASTAL BANC, ssb

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing was served upon the following persons on April 10, 2002:

Constance Y. Singleton
215 Bayland Avenue
Houston, TX 78550
Via Certified Mail,
Article No. 7001 0320 0003 6914 8527

Christopher H. Boswell
515 E. Harrison, Suite A
Harlingen, TX 78550
Via Certified Mail,
Article No. 7001 0320 0003 6914 8510

Nancy A. Masso
United States Attorney's Office
600 E. Harrison Street, Suite #201
Brownsville, Texas 78520
Via Certified Mail,
Article No. 7001 0320 0003 6914 8367

_____
Andrew K. Rozell

EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION



| | | |
|---|---|---|
| JEFFERSON-PILOT INSURANCE CO. | § | |
| | § | |
| V. | § | CIVIL ACTION NO. B-01-142 |
| | § | |
| SORT-RITE INTERNATIONAL, ET AL. | § | |

## SETTLEMENT AGREEMENT AND MUTUAL RELEASE

**Effective Date:** March 1, 2002

**Parties:** Leticia Elizalde de Pino, Individually and in her capacity as Independent Executrix of the Estate of Shirley Metzger, Debra Metzger Finch and Katherine Lee Metzger (herein sometimes collectively called "the Metzger parties"), Coastal Banc ssb (herein sometimes called "Coastal") and the Export-Import Bank of the United States, an instrumentality of the United States of America (herein sometimes called "Ex-Im Bank").

**Settlement Agreement:** Except as herein provided, and subject to Court approval of an Order distributing funds in accordance with this agreement, the parties hereby agree to compromise and settle all matters in dispute between them in the above-captioned litigation, and all other claims, controversies, suits, debts, liabilities and causes of action, known or unknown, contingent or uncontingent, liquidated or unliquidated, which could be asserted by any of them against the others on the terms set forth herein. Despite the generality of the foregoing, it is understood that this agreement does not settle, compromise or release any agreements between Coastal Banc ssb and Ex-Im Bank that are not at issue in the above-captioned litigation.

  A. **Insurance Proceeds to Coastal:** The parties agree that out of the employee portion of the split-dollar insurance proceeds which are in dispute in the above-captioned case, the amount of $125,000.00 shall be paid to Coastal Banc ssb;

  B. **Insurance Proceeds to Ex-Im Bank:** The parties agree that out of the employee portion of the split-dollar insurance proceeds which are in dispute in the above-captioned case, the amount of $25,000.00 shall be paid to Ex-Im Bank;

      C. **Foreclosure of Real Property Liens:** The Metzger parties acknowledge the validity of Coastal's deed of trust liens and notes on the house and apartments of Shirley Metzger and agree that they will not oppose in any way or fashion the foreclosure of such liens and will not bid at any sale of the liens. The Metzger parties agree to sign and deliver to Coastal a deed in lieu of foreclosure of on said properties upon the request of Coastal at any time. The Metzger parties further agree and stipulate that the notes secured by the deed of trust on the apartments were accelerated and became due and payable on October 16, 2000 and that the note secured by the house was accelerated and became due and payable effective March 1, 2002. The parties agree that Coastal may take possession of the house on March 1, 2002. The Metzger parties will retain possession of the apartments until foreclosure.

      D. **Sort-Rite Claims.** Nothing in this agreement to the contrary, Coastal reserves all of its claims against Sort-Rite International, Inc. as they were determined in Bankruptcy No. 00-21094-B-11.

**Implementation:** The parties agree that Coastal may file a motion with the Court to disburse the funds described in this agreement to the parties entitled to same and may represent to the Court that the other parties to this agreement are in agreement to the disbursement. Upon payment of the funds, the parties agree to execute and deliver to one another mutual releases. It is agreed that Coastal's foreclosure of its liens may proceed immediately and need not await court action on the motion to disburse the funds.

**Incorporation of Earlier Agreement.** The document entitled "Settlement Agreement" and attached hereto as Exhibit "A" is incorporated herein by reference and any terms of said agreement which are not set forth in this agreement are hereby treated as being a part of this agreement the same as if set forth verbatim.

**Releases.** Subject to Court approval of an order distributing the funds in the registry of the Court according to the terms of this agreement, the parties agree as follows:

Coastal agrees that at the foreclosure sale for the house and the apartments, it will bid the up to full amount of the indebtedness owed on the respective notes for the properties and that it will not attempt to assert any claim for deficiency against the Metzger parties.

Ex-Im releases the Metzger Parties, jointly and severally, from any and all claims, suits, liabilities, debts, charges, or obligations known or unknown which may have against any of them.

The Metzger Parties, jointly and severally, release Coastal from any and all claims, suits, liabilities, debts, charges or obligations, known or unknown of any description which they, or any of them, may have against it.

The Metzger Parties, jointly and severally, release Ex-Im from any and all claims, suits, liabilities, debts, charges or obligations, known or unknown, of any description which they, or any of them, may have against it.

Exceptions to Agreement and Release. This agreement does not release Ex-Im from its obligations to Coastal under the guarantee agreement between Coastal and Ex-Im.

**Representations and Warranties.**

Coastal warrants and represents that it is the owner of the obligations asserted by it, that it has not transferred, assigned or hypothecated said obligations and that the officer signing this agreement on Coastal's behalf has the authority to enter into this agreement.

Ex-Im warrants and represents that it is the owner of the obligations asserted by it, that it has not transferred, assigned or hypothecated said obligation and that the individual signing this agreement on its behalf has the authority to enter into this agreement.

The Metzger parties jointly and each of them severally warrant that they have not transferred, assigned or hypothecated their rights or claims asserted herein, that each of them are competent to enter into this agreement, that they have had this agreement explained to them by an attorney of their choosing and that they understand and agree to the terms of this agreement.

Nothing in this agreement shall be construed as an admission of liability by any party.

This party shall be interpreted and governed by the laws of the State of Texas.

This agreement is conditioned upon Court approval of an Order distributing the funds as provided herein.

Effective as of March 1, 2002.

AGREED:

| Coastal Banc ssb | Export-Import Bank of the United States |
|---|---|
| By:_____ | By: _____/s/_____ |
| Its: _____ | Its: Attorney, Assistant United States Attorney<br>Nancy L. Masso |

_____
Leticia Elizalde de Pino
Individually and as Independent Executrix
of the Estate of Shirley Metzger

_____
Debra Metzger Finch

_____
Katherine Lee Metzger

## ACKNOWLEDGMENTS

THE STATE OF TEXAS §
§
COUNTY OF HARRIS §

This instrument was acknowledged before me on _____, 2002 by _____, _____ of Coastal Banc ssb, a state savings bank on behalf of said bank.

_____
Notary Public, State of Texas
My Commission Expires:_____

STATE OF TEXAS             §
                           §
COUNTY OF CAMERON          §

This instrument was acknowledged before me on _____, 2002 by Leticia Elizalde de Pino, individually and as Independent Executrix of the Estate of Shirley Metzger.

                                                                                  Notary Public, State of Texas
                                                                                   My Commission Expires:_____

STATE OF TEXAS             §
                           §
COUNTY OF CAMERON          §

This instrument was acknowledged before me on _____, 2002 by Debra Metzger Finch.

                                                                                  Notary Public, State of Texas
                                                                                   My Commission Expires:_____

STATE OF TEXAS             §
                           §
COUNTY OF CAMERON          §

This instrument was acknowledged before me on _____, 2002 by Katherine Lee Metzger.

                                                                                   Notary Public, State of Texas
                                                                                   My Commission Expires:_____

Effective as of March 1, 2002

AGREED:
Coastal Banc, ssb                           Export-Import Bank of the United States

By:_____                  By:_____
Its:_____                 Its:_____

_____                     _____
Leticia Elizalde de Polo                    Debra Metzger Finch
Individually and as Independent Executrix
of the Estate of Shirley Metzger

                                            _____
                                            Katherine Lee Metzger

## ACKNOWLEDGMENTS

THE STATE OF TEXAS          §
                            §
COUNTY OF HARRIS            §

This instrument was acknowledged before me on _____, 2002 by _____, _____ of Coastal Banc, ssb, a state savings bank on behalf of said bank.

_____
Notary Public, State of Texas
My Commission Expires:

FLORENTINO CEPERO
My Comm Exp. 8/27/2002
No. CC 771145
Personally Known [ ] Other I.D.

STATE OF TEXAS §
§
COUNTY OF CAMERON §

This instrument was acknowledged before me on ___March 28___, 2002 by Leticia Elizalde de Pino, Individually and as Independent Executrix of the Estate of Shirley Metzger.

_____
Notary Public, State of Texas
My Commission Expires:

FLORENTINO CEPERO
My Comm Exp. 8/27/2002
No. CC 771145
[ ] Personally Known [ ] Other I.D.

STATE OF TEXAS §
§
COUNTY OF CAMERON §

This instrument was acknowledged before me on _____, 2002 by Debra Metzger Finch.

_____
Notary Public, State of Texas
My Commission Expires:_____

FLORENTINO CEPERO
My Comm Exp. 8/27/2002
No. CC 771145
[ ] Personally Known [ ] Other I.D.

STATE OF TEXAS §
§
COUNTY OF CAMERON §

This instrument was acknowledged before me on _____, 2002 by Katherine Lee Metzger.

_____
Notary Public, State of Texas
My Commission Expires:_____

FLORENTINO CEPERO
My Comm Exp. 8/27/2002
No. CC 771145
[ ] Personally Known [ ] Other I.D.

---

Jefferson-Pilot v. Self-Rite Settlement Agreement and Mutual Release                                     8

Effective as of March 1, 2002.

AGREED:

Coastal Banc ssb                                    Export-Import Bank of the United States

By:_____                            By:_____
Its:_____                           Its:_____

_____                           _____
Leticia Elizalde de Pino                            Debra Metzger Finch
Individually and as Independent Executrix
of the Estate of Shirley Metzger                    *Katherine Lee Metzger* (signature)
                                                    Katherine Lee Metzger

## ACKNOWLEDGMENTS

THE STATE OF TEXAS            §
                              §
COUNTY OF HARRIS              §

This instrument was acknowledged before me on _____, 2002 by _____, _____ of Coastal Banc ssb, a state savings bank on behalf of said bank.

_____
Notary Public, State of Texas
My Commission Expires:_____