IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

APR 1 1 2002

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| JEFFERSON-PILOT INSURANCE CO. | § | |
| | § | |
| V. | § | CIVIL ACTION NO. B-01-142 |
| | § | |
| SORT-RITE INTERNATIONAL, ET AL. | § | |

## MOTION FOR SEVERANCE

TO THE HONORABLE JUDGE OF SAID COURT:

Coastal Banc ssb presents this Agreed Motion for Severance and would show as follows:

1. <u>Partial Settlement</u>. As a result of mediation on March 1, 2002, there has been a settlement of the claims of Coastal Banc ssb and the Export-Import Bank of the United States in this case.

2. <u>Motion to Sever</u>. Coastal Banc sbb moves to sever the claims of Coastal Banc ssb and the Export-Import Bank of the United States and to assign a new cause number to said claims in order that the Court's order disbursing funds and dismissing Coastal Banc and Export-Import Bank will become a final order.

3. <u>Relief Requested</u>. Coastal Banc ssb moves that all claims asserted by Coastal Banc ssb and the Export-Import Bank of the United States in this case be severed and that a new cause number be assigned to said cases.

Respectfully submitted,
LAW OFFICE OF ANDREW K. ROZELL

By: _____
Andrew K. Rozell
ATTORNEY FOR COASTAL BANC, ssb
State Bar No. 17358000
Southern District I.D. No. 1220
323 East Jackson Street
Harlingen, TX 78550
956/428-1282 - 428-6595 (fax)

_____
Michael R. Ezell
ATTORNEY FOR COASTAL BANC, ssb
State Bar No. 0676420
Southern District I.D. No. 2250
312 E. Van Buren
Harlingen, TX 78550
956/425-2000 - 421-4258 (fax)

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing was served upon the following persons on April 10, 2002:

Constance Y. Singleton
215 Bayland Avenue
Houston, TX 78550
Via Certified Mail,
Article No. 7001 0320 0003 6914 8527

Christopher H. Boswell
515 E. Harrison, Suite A
Harlingen, TX 78550
Via Certified Mail,
Article No. 7001 0320 0003 6914 8510

Nancy A. Masso
United States Attorney's Office
600 E. Harrison Street, Suite #201
Brownsville, Texas 78520
Via Certified Mail,
Article No. 7001 0320 0003 6914 8367

_____
Andrew K. Rozell

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JEFFERSON-PILOT INSURANCE CO. | § | |
| | § | |
| V. | § | CIVIL ACTION NO. B-01-142 |
| | § | |
| SORT-RITE INTERNATIONAL, ET AL. | § | |

### ORDER FOR SEVERANCE

Coastal Banc ssb's Motion for Severance having come before the Court and the Court being of the opinion that said Motion should be granted, it is ORDERED that the claims asserted by Coastal Banc ssb and the Export-Import Bank of the United States be severed from this case and assigned a new case number.

Signed April _____, 2002.

_____
Judge Presiding

### AGREED AS TO FORM AND CONTENT

_____
Andrew K. Rozell
ATTORNEY FOR COASTAL BANC, ssb
State Bar No. 17358000
Southern District I.D. No. 1220
323 East Jackson Street
Harlingen, TX 78550
956/428-1282 - 428-6595 (fax)

_____
Michael R. Ezell
ATTORNEY FOR COASTAL BANC, ssb
State Bar No. 0676420
Southern District I.D. No. 2250
312 E. Van Buren
Harlingen, TX 78550
956/425-2000 - 421-4258 (fax)