IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JEFFERSON-PILOT LIFE INS. CO. | § | |
| | § | |
| V. | § | CASE NO. B-01-142 |
| | § | |
| SORT-RITE INTERNATIONAL, | § | |
| ET AL. | § | |

# NOTICE OF APPEARANCE
# OF CO-COUNSEL
# FOR LETICIA DE PINO, DEBRA METZGER FINCH, AND
# KATHERINE METZGER

NOTICE is hereby given that the following counsel has joined as co-counsel representing the above-identified parties:

James DeAnda
Solar & Associates
2800 Post Oak Blvd.; Suite 6300
Houston, Texas 77056
(713) 850-1212
Facsimile: (713) 850-1199
Fed. Id. 15484

It is requested that he receive copies of the filings of papers in the case.

Respectfully submitted,

CONSTANCE Y. SINGLETON
ATTORNEY FOR LETICIA PINO,
KATHERINE METZGER, AND
DEBRA METZGER FINCH
Fed. ID. 6567
SBOT 18435600
215 Bayland Avenue
Houston, Texas 77009
(281) 687-0100
Facsimile: (713) 802-1202

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been sent, via facsimile (where facsimile number is listed) and first class mail, to the following counsel of record or parties, on this the ____ day of April, 2002:

Chris Boswell
Stapleton, Curtis & Boswell, LLP
P. O. Box 2644
Harlingen, Texas 78551

Andrew K. Rozell
Attorney At Law
323 E. Jackson
Harlingen, Texas 78550

Michael R. Ezell
312 E. Van Buren
P. O. Box 2878
Harlingen, Texas 78551

Nancy L. Masso
Assistant U.S. Attorney
600 E. Harrison Street, #201
Brownsville, Texas 78520

CONSTANCE Y. SINGLETON

2