36

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

APR 2 3 2002

Michael N. Milby
Clerk of Court

JEFFERSON-PILOT LIFE INS. CO. §
§
V.                                            §               CASE NO. B-01-142
§
SORT-RITE INTERNATIONAL,      §
    ET AL.                                   §

## RESPONSE TO APPLICATION
## FOR
## DEFAULT JUDGMENT

TO THE HONORABLE JUDGE OF SAID COURT:

COME NOW LETICIA PINO, DEBRA FINCH, and KATHERINE METZGER, and file this their joint response to APPLICATION FOR DEFAULT JUDGMENT filed by SORT-RITE INTERNATIONAL. The substance and support for this response are as follows:

I.

SORT-RITE INTERNATIONAL, INC. has filed an application for Default Judgment based on representations that LETICIA PINO, DEBRA FINCH, and KATHERINE METZGER, hereinafter referenced as Party-

Respondents, failed to file an answer to its Cross-Claim. This representation is incorrect. Party-Respondents filed their answer to SORT-RITE INTERNATIONAL, INC.'s Cross-Claim on February 28, 2002. The Court's case manager advises the undersigned that this filing appears among the other papers in the Court's file, that it is date-stamped February 28, 2002, and was entered on March 6, 2002.

## II.

On the same day that this pleading was filed, counsel for SORT-RITE INTERNATIONAL received a copy of the document as an attachment to an electronic mailing which was sent to him. A copy of the 'e-mail' is attached hereto as Exhibit 'A.'

## III.

The Application for Default Judgment is without foundation, and should be denied.

WHEREFORE, PREMISES CONSIDERED, Party-Respondents pray that the Application for Default Judgment filed by SORT-RITE INTERNATIONAL, INC. be denied. Additionally, Party-Respondents pray for any and all further relief, at law or equity, to which they may show themselves justly entitled.

Respectfully submitted,


CONSTANCE Y. SINGLETON
Fed. ID. 6567
SBOT 18435600
215 Bayland Avenue
Houston, Texas 77009
(281) 687-0100
Facsimile: (713) 802-1202

JAMES DEANDA
SOLAR & ASSOCIATES
Fed. ID. 15484
2800 Post Oak Blvd.; Suite 6300
Houston, Texas 77056
(713) 850-1212
Facsimile: (713) 850-1199


CONSTANCE Y. SINGLETON
ATTORNEY-IN-CHARGE


## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been sent, via facsimile (where facsimile number is listed) and first class mail, to the following counsel of record or parties, on this the 18th day of April, 2002:


Chris Boswell
Stapleton, Curtis & Boswell, LLP
P. O. Box 2644
Harlingen, Texas 78551


Andrew K. Rozell
Attorney At Law
323 E. Jackson
Harlingen, Texas 78550

3

Michael R. Ezell
312 E. Van Buren
P. O. Box 2878
Harlingen, Texas 78551

Nancy L. Masso
Assistant U.S. Attorney
600 E. Harrison Street, #201
Brownsville, Texas 78520

CONSTANCE Y. SINGLETON

## Connie Singleton

**From:**    "Connie Singleton" <cys2@swbell.net>
**To:**    <cboswell@southtex.com>
**Sent:**    Thursday, February 28, 2002 12:59 PM
**Attach:**    JP our ans to Sort-Rite.doc
**Subject:**    Pino's Answer to Sort-Rite's Cross-Claim

Dear Chris,

Attached please find Pino's Answer to Sort-Rite's Cross-Claim.

Sincerely,

Connie Singleton

EXHIBIT 'A'

4/19/2002