IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

APR 2 3 2002

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| JEFFERSON-PILOT LIFE INS. CO. | § | |
| | § | |
| V. | § | CASE NO. B-01-142 |
| | § | |
| SORT-RITE INTERNATIONAL, ET AL. | § § | |

## UNOPPOSED MOTION FOR LEAVE TO EXTEND DISCOVERY DEADLINE

TO THE HONORABLE JUDGE OF SAID COURT:

The undersigned parties jointly move to extend the discovery deadline in the above-styled case. In support of this motion Movants state the following:

1. This case was mediated on March 2, 2002 and, as a result of that mediation two of the parties have settled, to wit: COASTAL BANC, SSB and EXPORT-IMPORT BANK OF THE UNITED STATES. Motions to make settlement payments from the Registry of the Court and dismiss these two parties from the suit are currently pending before this Court.

2. The remaining parties have agreed to extend the discovery deadline from May 1, 2002 to May 24, 2002. This is necessary in order to co-ordinate the taking of depositions of deponents who reside outside the local region, and in order to co-ordinate the attorneys' schedules.

WHEREFORE, PREMISES CONSIDERED, Movants jointly request leave to extend the discovery deadline in this case from May 1, 2002 until May 24, 2002.

Respectfully submitted,

_____
CONSTANCE Y. SINGLETON
ATTORNEY FOR LETICIA PINO,
KATHERINE METZGER, AND
DEBRA METZGER FINCH
Fed. ID. 6567
SBOT 18435600
215 Bayland Avenue
Houston, Texas 77009
(281) 687-0100
Facsimile: (713) 802-1202

_____
CHRIS BOSWELL
ATTORNY FOR SORT-RITE INTERNATIONAL
Fed. Id. No. 1256
SBOT 02683300
515 E. Harrison, Suite A
Harlingen, Texas 78550
(956) 428-9191
Facsimile: (956) 428-9283

FROM : CYS               FAX NO. : 7138021202              Apr. 17 2002 08:45AM P3

2. The remaining parties have agreed to extend the discovery deadline from May 1, 2002 to May 24, 2002. This is necessary in order to co-ordinate the taking of depositions of deponents who reside outside the local region, and in order to co-ordinate the attorneys' schedules.

WHEREFORE, PREMISES CONSIDERED, Movants jointly request leave to extend the discovery deadline in this case from May 1, 2002 until May 24, 2002.

Respectfully submitted,

_____
CONSTANCE Y. SINGLETON
ATTORNEY FOR LETICIA PINO,
KATHERINE METZGER, AND
DEBRA METZGER FINCH
Fed. ID. 6567
SBOT 18435600
215 Bayland Avenue
Houston, Texas 77009
(281) 687-0100
Facsimile: (713) 802-1202

_____
CHRIS BOSWELL
ATTORNY FOR SORT-RITE INTERNATIONAL
Fed. Id. No. 1256
SBOT 02683300
515 E. Harrison, Suite A
Harlingen, Texas 78550
(956) 428-9191
Facsimile: (956) 428-9283

2

*[signature]*

NANCY MASSO
ATTORNEY FOR EXPORT-IMPORT
 BANK OF THE UNITED STATES
Fed. Id. No. 10263
SBOT 00800490
Assistant United States Attorney
600 E. Harrison, Suite 201
Brownsville, Texas 78520
(956) 548-2554
Facsimile: (956) 548-2549

---

ANDREW ROZELL
ATTORNEY FOR COASTAL BANC, SSB
Fed. Id. 1220
SBOT No. 17358000
323 E. Jackson
Harlingen, Texas 78550
(956) 428-1282
Facsimile: (956) 428-6595

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been sent, via facsimile (where facsimile number is listed) and first class mail, to the following counsel of record or parties, on this the 17th day of April, 2002:

Chris Boswell
Stapleton, Curtis & Boswell, LLP
P. O. Box 2644
Harlingen, Texas 78551

NANCY MASSO
ATTORNEY FOR EXPORT-IMPORT
BANK OF THE UNITED STATES
Fed. Id. No. 10263
SBOT 00800490
Assistant United States Attorney
600 E. Harrison, Suite 201
Brownsville, Texas 78520
(956) 548-2554
Facsimile: (956) 548-2549

ANDREW ROZELL
ATTORNEY FOR COASTAL BANC, SSB
Fed. Id. 1220
SBOT No. 17358000
323 E. Jackson
Harlingen, Texas 78550
(956) 428-1282
Facsimile: (956) 428-6595

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been sent, via facsimile (where facsimile number is listed) and first class mail, to the following counsel of record or parties, on this the 17th day of April, 2002:

Chris Boswell
Stapleton, Curtis & Boswell, LLP
P. O. Box 2644
Harlingen, Texas 78551

3

Andrew K. Rozell
Attorney At Law
323 E. Jackson
Harlingen, Texas 78550

Michael R. Ezell
312 E. Van Buren
P. O. Box 2878
Harlingen, Texas 78551

Nancy L. Masso
Assistant U.S. Attorney
600 E. Harrison Street, #201
Brownsville, Texas 78520

_/s/ Constance Y. Singleton_
CONSTANCE Y. SINGLETON

4