UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
FILED

APR 2 5 2002

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| JEFFERSON PILOT LIFE INSURANCE | § § | |
| vs. | § § | CIVIL ACTION NO. B-01-142 |
| SORT-RITE INTERNATIONAL, INC., et al. | § § § | |

### RESPONSE TO COMPANION MOTION TO DISTRIBUTE FUNDS NOW IN THE REGISTRY OF THE COURT

TO THE HONORABLE JUDGE OF SAID COURT:

SORT-RITE INTERNATIONAL, INC., (*hereinafter "Sort-Rite"*) files this its Response to Companion Motion to Distribute Funds Now in the Registry of the Court filed by Leticia Elizalde de Pino, (*hereinafter "de Pino"*), Debra Metzger Finch (*hereinafter "Finch"*) and Katherine Lee Metzger (*hereinafter "Metzger"*) and in support thereof, would respectfully show the Court as follows:

1. Sort-Rite agrees that at the March 1, 2002 mediation, a settlement was reached between Coastal Banc, SSB, the Export-Import Bank of the United States, Leticia Elizalde de Pino, Individually and as Independent Executrix of the Estate of Shirley Metzger, Debra Metzger Finch and Katherine Lee Metzger. The settlement was by and among those named parties and did not include Sort-Rite.

2. De Pino, Finch and Metzger seek distribution of $350,000.00 less one-third of the difference between One Million Five Hundred Thousand Dollars and the exact amount which remains in the Registry of the Court.

3. While Sort-Rite does not object to the distribution of funds to Coastal Banc, SSB and Export-Import Bank of the United States subject to the Stipulation that such withdrawn amounts shall not act as a charge against any amount to be distributed to Sort-Rite, Sort-Rite does object to the distribution of any amounts to De Pino, Finch and Metzger.

4. Pursuant to the terms of the policies, either De Pino is entitled to the "personal portion" of the policy or Finch and Metzger are entitled to such proceeds. De Pino, Finch and Metzger are not jointly entitled to any of the proceeds of the policies.

5. Moreover, Sort-Rite asserts an unliquidated claim against a portion or all of the personal proceeds of the policy for reimbursement of premiums paid for that policy, interest and attorney's fees. Until such claim is liquidated, it would be improper for this Court to distribute any of the personal portion of the proceeds now sought by De Pino, Finch and Metzger.

WHEREFORE, PREMISES CONSIDERED, Sort-Rite International, Inc. respectfully requests this Court to deny De Pino, Finch and Metzger's Companion Motion to Distribute Funds Now in the Registry of the Court.

Respectfully submitted this 25th day of April, 2002.

|  |  |
|---|---|
| OF COUNSEL: | *[signature]* Chris Boswell |
| STAPLETON, CURTIS & BOSWELL, L.L.P. | Chris Boswell<br>Attorney in Charge<br>State Bar No. 02683300<br>Southern District of Texas<br>Admissions Id. No. 1256<br>515 East Harrison, Suite "A" (78550)<br>Post Office Box 2644<br>Harlingen, Texas 78551<br>Telephone:   (956) 428-9191<br>Telecopier:  (956) 428-9283<br><br>Attorney for Sort-Rite International, Inc. |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 25th day of April, 2002, a true and correct copy of the above and foregoing Sort-Rite's Response to Companion Motion to Distribute Funds Now in the Registry of the Court, was forwarded to all parties herein:

| | |
|---|---|
| Defendant Export-Import Bank of the US<br>By and Through Its Attorney of Record<br>Ms. Nancy Masso<br>Assistant United States Attorney<br>600 East Harrison, Suite 201<br>Brownsville, Texas 78520 | First Class Mail |
| Defendant Coastal Banc, ssb<br>By and Through Its Attorneys of Record<br>Mr. Michael R. Ezell<br>P.O. Box 2878<br>Harlingen, Texas 78551-2878<br>and | Hand Delivered |
| Mr. Andy Rozell<br>Attorney at Law<br>323 East Jackson<br>Harlingen, Texas 78550 | Hand Delivered |
| Defendant Leticia Elizalde de Pino<br>Defendant Debra Ann Metzger Finch<br>Defendant Katherine Lee Metzger<br>By and Through Their Attorney of Record<br>Ms. Constance Y. Singleton<br>215 Bayland Ave.<br>Houston, Texas 77009 | CMRRR #7001 2510 0006 8915 7518 |
| Mr. William Capt<br>Sort-Rite International, Inc.<br>P.O. Box 1805<br>Harlingen, Texas 78551-1805 | First Class Mail |

_____
Chris Boswell