**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**

United States District Court
Southern District of Texas
FILED

APR 2 5 2002

Michael N. Milby
Clerk of Court

| | |
|---|---|
| JEFFERSON PILOT LIFE INSURANCE § | |
| § | |
| vs. § | CIVIL ACTION NO. B-01-142 |
| § | |
| SORT-RITE INTERNATIONAL, INC., § | |
| et al. § | |

**RESPONSE TO MOTION TO DISTRIBUTE FUNDS IN THE
REGISTRY OF THE COURT AND FOR DISMISSAL OF PARTIES
FILED BY COASTAL BANC, ssb**

TO THE HONORABLE JUDGE OF SAID COURT:

SORT-RITE INTERNATIONAL, INC., (*hereinafter "Sort-Rite"*) files this its Response to Coastal Banc's Motion to Distribute Funds in the Registry of the Court and for Dismissal of the Parties.

1. Sort-Rite agrees that at the March 1, 2002 mediation, a settlement was reached between Coastal Banc, SSB, the Export-Import Bank of the United States, Leticia Elizalde de Pino, Individually and as Independent Executrix of the Estate of Shirley Metzger, Debra Metzger Finch and Katherine Lee Metzger. The settlement was by and among those named parties and did not include Sort-Rite.

2. To the extent that Coastal Banc's Motion to Distribute Funds in the Registry of the Court does not act as a charge against any monies to be paid to Sort-Rite as a result of its claim to the interpled funds, Sort-Rite does not object to the proposed distribution.

Sort-Rite specifically requests that the following language be inserted into the Order for Partial Distribution of Funds and Dismissal of Parties:

> IT IS ORDERED that the funds distributed to Coastal Banc, SSB and to Export-Import Bank pursuant to this Order shall not constitute a charge against any of the funds claimed owed to Sort-Rite International, Inc. or to which they may be adjudged entitled. It is further ordered that such funds are charged against monies to which Leticia Elizalde De Pino, Debra Metzger Finch and Katherine Lee Metzger may be in the future adjudged to be entitled to from the interpled funds.

3. Sort-Rite does not object to the dismissal of Coastal Banc, SSB and Export-Import Bank of the United States from this case and further agrees that said claims should be severed into a separate cause of action and fully dismissed.

4. Sort-Rite prays that this Honorable Court enter an Order distributing the funds, dismissing the parties and severing this case as requested by Coastal Banc, SSB subject to the inclusion of the provisions set forth hereinabove.

Respectfully submitted this 25th day of April, 2002.

OF COUNSEL:

STAPLETON, CURTIS &
  BOSWELL, L.L.P.

Chris Boswell
Attorney in Charge
State Bar No. 02683300
Southern District of Texas
Admissions Id. No. 1256
515 East Harrison, Suite "A" (78550)
Post Office Box 2644
Harlingen, Texas 78551
Telephone:    (956) 428-9191
Telecopier:    (956) 428-9283

Attorney for Sort-Rite International, Inc.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 25th day of April, 2002, a true and correct copy of the above and foregoing Sort-Rite's Response to Motion to Distribute Funds in the Registry of the Court and for Dismissal Party Filed by Coastal Banc, SSB, was forwarded to all parties herein:

| | |
|---|---|
| Defendant Export-Import Bank of the US<br>By and Through Its Attorney of Record<br>Ms. Nancy Masso<br>Assistant United States Attorney<br>600 East Harrison, Suite 201<br>Brownsville, Texas 78520 | First Class Mail |
| Defendant Coastal Banc, ssb<br>By and Through Its Attorneys of Record<br>Mr. Michael R. Ezell<br>P.O. Box 2878<br>Harlingen, Texas 78551-2878<br>and | Hand Delivered |
| Mr. Andy Rozell<br>Attorney at Law<br>323 East Jackson<br>Harlingen, Texas 78550 | Hand Delivered |
| Defendant Leticia Elizalde de Pino<br>Defendant Debra Ann Metzger Finch<br>Defendant Katherine Lee Metzger<br>By and Through Their Attorney of Record<br>Ms. Constance Y. Singleton<br>215 Bayland Ave.<br>Houston, Texas 77009 | CMRRR #7001 2510 0006 8915 7518 |
| Mr. William Capt<br>Sort-Rite International, Inc.<br>P.O. Box 1805<br>Harlingen, Texas 78551-1805 | First Class Mail |

_____
Chris Boswell