IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JEFFERSON-PILOT INSURANCE CO. | § | |
| | § | |
| V. | § | CIVIL ACTION NO. B-01-142 |
| | § | |
| SORT-RITE INTERNATIONAL, ET AL. | § | |

## COASTAL BANC ssb'S MOTION TO BE EXCUSED FROM SCHEDULING ORDER

TO THE HONORABLE JUDGE OF SAID COURT:

Coastal Banc ssb presents this motion to be excused from scheduling order and shows as follows:

1. The court signed a scheduling order on January 14, 2002, which included deadlines for dispositive motions on June 4, 2002, a pretrial order on August 21, 2002 and a pretrial conference on September 5, 2002 as well as a trial on September 9, 2002.

2. As a result of mediation, Coastal Banc ssb has entered into a settlement agreement with some of the parties and has filed an agreed motion and order to have certain funds distributed to it and to be dismissed from the case. Upon approval of the agreed order, all issues relating to Coastal Banc ssb in this case will be resolved. Excusing Coastal Banc ssb from the scheduling order would benefit Coastal Banc because it would not have to participate in this case pending approval of the agreed order, and would benefit the remaining parties because they would not have to include Coastal Banc ssb in the preparation of motions, pretrial orders and other documents.

3. Wherefore, premises considered, Coastal Banc ssb prays that it be excused from the terms of the scheduling order dated January 14, 2002.

Respectfully submitted,
LAW OFFICE OF ANDREW K. ROZELL

By: _____
Andrew K. Rozell
State Bar No. 17358000
Southern District I.D. No. 1220
323 East Jackson Street
Harlingen, TX 78550
956/428-1282 - 428-6595 (fax)

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing was served upon the following persons on May 3, 2002:

Constance Y. Singleton
215 Bayland Avenue
Houston, TX 78550
Via Certified Mail,
Article No. 7001 2510 0006 8916 4165

Christopher H. Boswell
515 E. Harrison, Suite A
Harlingen, TX 78550
Via Certified Mail,
Article No. 7001 2510 0006 8916 4158

Nancy A. Masso
United States Attorney's Office
600 E. Harrison Street, Suite #201
Brownsville, Texas 78520
Via Certified Mail,
Article No. 7001 2510 0006 8916 4141

Michael R. Ezell
LAW OFFICE OF MICHAEL R. EZELL
312 E. Van Buren
Harlingen, TX 78550
Via Certified Mail,
Article No. 7001 2510 0006 8916 4134

_____
Andrew K. Rozell