41

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

MAY 0 5 2002

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| JEFFERSON-PILOT INSURANCE CO. | § | |
| | § | |
| V. | § | CIVIL ACTION NO. B-01-142 |
| | § | |
| SORT-RITE INTERNATIONAL, ET AL. | § | |

## AGREED MOTION TO DISTRIBUTE FUNDS IN THE REGISTRY OF THE COURT AND FOR DISMISSAL OF PARTIES

TO THE HONORABLE JUDGE OF SAID COURT:

Coastal Banc, ssb presents this Agreed Motion to Distribute Funds in the Registry of the Court and shows as follows:

1. **Mediation; Partial Settlement.** On March 1, 2002 the parties mediated this case and a partial settlement was reached by and between Coastal Banc, ssb, the Export-Import Bank of the United States, Leticia Elizalde de Pino, individually and as Independent Executrix of the Estate of Shirley Metzger, Debra Metzger Finch and Katherine Lee Metzger.

2. **Request to Distribute Funds.** There is presently in the registry of the Court the approximate amount of one million four hundred ninety-five thousand ($1,495,000.00) dollars, plus any interest that has accrued while the funds were in the registry of the court. Approximately five hundred thousand ($500,000.00) of these funds are the employee portion of split-dollar life insurance proceeds. Coastal prays that the following amounts be disbursed to the appropriate parties.
    A. To Coastal Banc, ssb the amount of one hundred twenty-five thousand ($125,000.00)
dollars, to be paid to Coastal Banc, ssb and delivered to its attorney, Andrew K. Rozell, 323 East Jackson Street, Harlingen, Texas 785550;
    B. To the Export-Import Bank of the United States the amount of twenty-five thousand ($25,000.00) dollars, to be paid to the Export-Import Bank of the United States and delivered to its attorney, Nancy Masso, Assistant United States Attorney, 600 East Harrison, Brownsville, Texas 78520.

4. <u>Dismissal of Parties</u>. The parties would show the Court that upon payment of these amounts to Coastal Banc, ssb and Export-Import Bank of the United States, the claims of Coastal Banc, ssb and Export-Import Bank to the subject matter of this interpleader action will be fully and finally determined. Accordingly, Coastal Banc, ssb and Export-Import Bank should be dismissed from this suit with the provision that both Coastal Banc, ssb and Export-Import Bank pay the court costs incurred by them in accordance with the terms of this order.

5. <u>Agreement of Parties</u>. All parties have agreed to the order requested. An order with the signature of the attorneys for all parties is submitted with this Motion.

5. <u>Prayer</u>. Coastal Banc, ssb respectfully requests that the Court order the distribution of the funds as requested in this motion and the dismissal from this suit of Coastal Banc, ssb and Export-Import Bank of the United States.

                                              Respectfully submitted,
                                              LAW OFFICE OF ANDREW K. ROZELL

                                              By: _____
                                                Andrew K. Rozell
                                              State Bar No. 17358000
                                              Southern District I.D. No. 1220
                                              323 East Jackson Street
                                              Harlingen, TX 78550
                                              956/428-1282 - 428-6595 (fax)

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing was served upon the following persons on May 2, 2002:

Constance Y. Singleton
215 Bayland Avenue
Houston, TX 78550
Via Certified Mail,
Article No. 7001 2510 0006 8916 4295

Christopher H. Boswell
515 E. Harrison, Suite A
Harlingen, TX 78550
Via Certified Mail,
Article No. 7001 2510 0006 8916 4288

Nancy A. Masso
United States Attorney's Office
600 E. Harrison Street, Suite #201
Brownsville, Texas 78520
Via Certified Mail,
Article No. 7001 2510 0006 8916 4271

Michael R. Ezell
LAW OFFICE OF MICHAEL R. EZELL
312 E. Van Buren
Harlingen, TX 78550
Via Certified Mail,
Article No. 7001 2510 0006 8916 4264

_____
Andrew K. Rozell