IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JEFFERSON-PILOT INSURANCE CO. | § | |
| | § | |
| V. | § | CIVIL ACTION NO. B-01-142 |
| | § | |
| SORT-RITE INTERNATIONAL, ET AL. | § | |

ORDER GRANTING
COASTAL BANC ssb'S MOTION TO BE EXCUSED FROM SCHEDULING ORDER

On this day the Court considered Coastal Banc ssb's Motion to Be Excused From Scheduling Order and finding that said Motion should be granted, it is hereby ORDERED that Coastal Banc ssb be, and it hereby is, excused from the deadlines contained in the scheduling order dated January 14, 2002 pending approval of an agreed order distributing funds to Coastal Banc ssb and dismissing it from this case.

Signed May 31, 2002.

_____
Judge Presiding