*46*

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

**MAY 3 1 2002**

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| JEFFERSON-PILOT LIFE INS. CO. | § | |
| | § | |
| V. | § | CASE NO. B-01-142 |
| | § | |
| | § | |
| SORT-RITE INTERNATIONAL, | § | |
| ET AL. | § | |

## ORDER DENYING APPLICATION
## FOR
## DEFAULT JUDGMENT

CAME ON this day to be considered the Application for Default

Judgment filed by SORT-RITE INTERNATIONAL, INC.;

This Court, having reviewed the pleadings, the applicable law, and

the arguments of the parties, finds that this application HAS NO MERIT and

SHOULD BE DENIED;

IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED

that the Application for Default Judgment BE DENIED.

SIGNED ON this the 31 day of May, 2002.

_____
JUDGE PRESIDING

APPROVED AS TO FORM:

CONSTANCE SINGLETON
Attorney-in-Charge for Pino, Metzger, & Finch
215 Bayland Avenue
Houston, Texas 77009