IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| Jefferson Pilot Life Ins. Co., <br> Plaintiff, | § § § | |
| v. | § | CIVIL ACTION NO. B-01-142 |
| Sort-Rite International, et al., <br> Defendants. | § § § § | |

## ORDER

BE IT REMEMBERED that on June __3__, 2002, the Court considered the Companion Motion to Distribute Funds Now in the Registry of the Court [Dkt. No. 35]. The Court notes counsel's statement that she was unable to reach counsel for Sort-Rite and thus unable to represent to the Court that the motion is unopposed. Until counsel represents to the Court that the motion is unopposed, the motion is **DENIED**.

DONE this __3__ day of June, 2002, at Brownsville, Texas.

Hilda G. Tagle
United States District Judge