United States District Court
Southern District of Texas
FILED

AUG 0 1 2002

Michael N. Milby
Clerk of Court

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| JEFFERSON PILOT LIFE INSURANCE | § § | |
| vs. | § § | CIVIL ACTION NO. B-01-142 |
| SORT-RITE INTERNATIONAL, INC., et al. | § § | |

### RESPONSE TO SECOND FILED MOTION TO DISTRIBUTE FUNDS NOW IN THE REGISTRY OF THE COURT

TO THE HONORABLE JUDGE OF SAID COURT:

SORT-RITE INTERNATIONAL, INC., (*hereinafter "Sort-Rite"*) files this its Response to Second Filed Motion to Distribute Funds Now in the Registry of the Court filed by Leticia Elizalde de Pino, (*hereinafter "de Pino"*), Debra Metzger Finch (*hereinafter "Finch"*) and Katherine Lee Metzger (*hereinafter "Metzger"*) and in support thereof, would respectfully show the Court as follows:

1.   Sort-Rite agrees that at the March 1, 2002 mediation, a settlement was reached between Coastal Banc, SSB, the Export-Import Bank of the United States, Leticia Elizalde de Pino, Individually and as Independent Executrix of the Estate of Shirley Metzger, Debra Metzger Finch and Katherine Lee Metzger. The settlement was by and among those named parties and did not include Sort-Rite.

2. De Pino, Finch and Metzger seek distribution of $350,000.00 less one-third of the difference between One Million Five Hundred Thousand Dollars and the exact amount which remains in the Registry of the Court.

3. Pursuant to the terms of the policies, either De Pino is entitled to the "personal portion" of the policy or Finch and Metzger are entitled to such proceeds. De Pino, Finch and Metzger are not jointly entitled to any of the proceeds of the policies.

4. Moreover, Sort-Rite asserts an unliquidated claim against a portion or all of the personal proceeds of the policy for reimbursement of premiums paid for that policy, interest and attorney's fees. Until such claim is liquidated, it would be improper for this Court to distribute any of the personal portion of the proceeds now sought by De Pino, Finch and Metzger.

5. Sort-Rite objects to this Motion for the reason that Movant failed to confer with its counsel prior to filing.

6. Sort-Rite further objects to the Motion for the reason that it was not properly served on Sort-Rite. Sort-Rite learned of the Motion only accidentally by its counsel checking the file for any action on pending Motions.

WHEREFORE, PREMISES CONSIDERED, Sort-Rite International, Inc. respectfully requests this Court to deny De Pino, Finch and Metzger's Second Filed Motion to Distribute Funds Now in the Registry of the Court.

Respectfully submitted this __1st__ day of August, 2002.

|  |  |
|---|---|
| OF COUNSEL: | /s/ Chris Boswell |
| STAPLETON, CURTIS & BOSWELL, L.L.P. | Chris Boswell<br>Attorney in Charge<br>State Bar No. 02683300<br>Southern District of Texas<br>Admissions Id. No. 1256<br>515 East Harrison, Suite "A" (78550)<br>Post Office Box 2644<br>Harlingen, Texas 78551<br>Telephone:  (956) 428-9191<br>Telecopier: (956) 428-9283<br><br>Attorney for Sort-Rite International, Inc. |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the  1st  day of August, 2002, a true and correct copy of the above and foregoing Sort-Rite's Response to Second Filed Motion to Distribute Funds Now in the Registry of the Court, was forwarded to attorney for Defendants Leticia Elizalde de Pino, Debra Ann Metzger Finch and Katherine Lee Metzger, Ms. Constance Y. Singleton 215 Bayland Ave., Houston, Texas 77009, via Certified Mail, Return Receipt Requested # 7001 2510 0006 8914 2682.

/s/ Chris Boswell
Chris Boswell