UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
FILED

AUG 21 2002

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| JEFFERSON PILOT LIFE INSURANCE | § § | |
| vs. | § § | CIVIL ACTION NO. B-01-142 |
| SORT-RITE INTERNATIONAL, INC., et al. | § § | |

## MOTION FOR LEAVE TO EXTEND THE
## DEADLINE FOR FILING THE JOINT PRETRIAL ORDER

TO THE HONORABLE JUDGE OF SAID COURT:

SORT-RITE INTERNATIONAL, INC., files this Motion for Leave to Extend the Deadline for Filing the Joint Pretrial Order in the above styled and numbered cause, and in support thereof, would respectfully show the Court as follows:

1. The Joint Pretrial Order in this case is due to be filed by the parties on August 21, 2002.

2. Attached to this Motion is Sort-Rite International, Inc.'s complete portion of the Joint Pretrial Order together with the required Exhibits.

3. It has been represented to the undersigned counsel by counsel for Defendants Leticia Elizalde de Pino, Debra Ann Metzger Finch and Katherine Lee Metzger that she has had technical equipment difficulties and has been unable to transmit her contentions and requested additions or changes to the undersigned for inclusion in the Joint Pretrial Order.

4.   Opposing counsel has represented to the undersigned that the information would be transmitted no later than August 22, 2002 so that the undersigned counsel's office can incorporate that information into the Joint Pretrial Order. If this is done by August 22, 2002, the Joint Pretrial Order could be filed on August 23, 2002.

5.   Therefore, the undersigned counsel requests that the deadline for filing the Joint Pretrial Order be extended until August 23, 2002.

OF COUNSEL:

STAPLETON, CURTIS &
BOSWELL, L.L.P.

_____
Chris Boswell
Attorney in Charge
State Bar No. 02683300
Southern District of Texas
Admissions Id. No. 1256
515 East Harrison, Suite "A" (78550)
Post Office Box 2644
Harlingen, Texas  78551
Telephone:    (956) 428-9191
Telecopier:   (956) 428-9283

Attorney for Sort-Rite International, Inc.

## CERTIFICATE OF CONFERENCE

On the 21st day of August, 2002, the undersigned counsel conferred with Constance Singleton regarding this Motion and there is no opposition.

_____
Chris Boswell

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the __21st__ day of August, 2002, a true and correct copy of the above and foregoing document was forwarded to all parties herein:

| | |
|---|---|
| Defendant Leticia Elizalde de Pino<br>Defendant Debra Ann Metzger Finch<br>Defendant Katherine Lee Metzger<br>By and Through Their Attorney of Record<br>Ms. Constance Y. Singleton<br>215 Bayland Ave.<br>Houston, Texas 77009 | CMRRR #7001 2510 0006 8914 3443 |
| Mr. James DeAnda<br>Solar & Associates<br>2800 Post Oak Blvd., Suite 6300<br>Houston, Texas 77056 | CMRRR #7001 2510 0006 8914 3436 |
| Mr. William Capt<br>Sort-Rite International, Inc.<br>P.O. Box 1805<br>Harlingen, Texas 78551-1805 | First Class Mail |

_____
Chris Boswell