UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS

AUG 2 3 2002

| | | |
|---|---|---|
| JEFFERSON PILOT LIFE INSURANCE | § § | |
| vs. | § § | CIVIL ACTION NO. B-01-142 |
| SORT-RITE INTERNATIONAL, INC., et al. | § § | |

### ORDER GRANTING SORT-RITE INTERNATIONAL, INC.'S MOTION FOR LEAVE TO EXTEND THE DEADLINE FOR FILING THE JOINT PRETRIAL ORDER

On this 23rd day of August, 2002, there came to the Court's attention Sort-Rite International, Inc.'s Motion for Leave to Extend Deadline for Filing the Joint Pretrial Order. The Court is of the opinion that such motion should be granted.

IT IS THEREFORE, ORDERED, ADJUDGED AND DECREED, that Sort-Rite International, Inc.'s Motion for Leave to Extend Deadline for Filing the Joint Pretrial Order is hereby GRANTED. It is ORDERED that the Joint Pretrial Order be filed no later than August 23, 2002.

SIGNED FOR ENTRY on this 23rd day of August, 2002.

_____
JUDGE PRESIDING

cc:  Mr. Chris Boswell
     Stapleton, Curtis & Boswell, L.L.P.
     515 E. Harrison, Suite A
     Harlingen, Texas 78550

     Ms. Constance Singleton
     215 Bayland Avenue
     Houston, Texas 77009

     Mr. James DeAnda
     2800 Post Oak Blvd., Suite 6300
     Houston, Texas 77056