United States District Court
Southern District of Texas
FILED

AUG 2 3 2002

Michael N. Milby
Clerk of Court

| UNITED STATES DISTRICT COURT ☆ SOUTHERN DISTRICT OF TEXAS |

| Jefferson-Pilot Life Ins. Co.<br><br>V.<br><br>Sort-Rite International, Leticia Pino, Katherine Metzger and Debra Metzger Finch | CASE NO. **B-01-142**<br><br>**Witness List** |
|---|---|
| Judge Hilda G. Tagle | Case Manager: Stella Cavazos<br>Court Reporter: Breck Record |
| List of<br>**WITNESSES FOR SORT-RITE INTL. INC.** | Proceeding                     Date |

1.    George Daily
      Sort-Rite International, Inc.
      P.O. Box 1805
      Harlingen, Texas 78551
      (956) 423-2427

      Will testify regarding the ownership of Sort-Rite, the ownership of the life insurance policy in question, Shirley Metzger's role in the company, payment of premiums and the Sort-Rite Bankruptcy.

2.    William Capt
      Sort-Rite International, Inc.
      8485 N.W. 74th
      Miami, Florida 33166

      Will testify regarding the ownership of Sort-Rite, the ownership of the life insurance policy in questions, Shirley Metzger's role in the company, payment of premiums and the Sort-Rite Bankruptcy.

3.    Carl D. Semmler
      Assistant Vice President & Associate Counsel
      Jefferson Pilot Financial
      P.O. Box 21008
      Greensboro, NC 27420
      336-691-3369

      Will testify regarding practices and procedures of Jefferson Pilot, requirements for changing beneficiaries, documents contained in Jefferson Pilot's file and the fact that Jefferson Pilot did not consider the 1995 change of beneficiary by Shirley Metzger as a change to the corporation/employer's portion of the policy.   Testimony will be by deposition.

4.    James Richard Kettenring
      Manager of Customer Service
      Jefferson Pilot Financial
      Greensboro, NC 27420
      336-691-3369

      Will testify regarding the amount of premiums paid on the policy, balance of any loan or value at time of death and the premium requirements.   Testimony will be by deposition.

5.    Thomas Braniff, JD, CPCU, Expert Witness
      Texas Insurance Consulting
      River Oaks Bank & Trust Bldg.
      2001 Kirby Drive, Suite 915
      Houston, Texas 77019
      (713) 524-2250

      Mr. Braniff will testify as indicated in Designation of expert Witness previously served and filed. The opinions will include: A description of the nature of split-dollar endorsement policies, customary and reasonableness of provisions prohibiting parties from exercising rights which would be detrimental to the other party, requirements regarding

the requirement of signatures of multiple corporate officers to effect changes of beneficiary, improprieties in naming a personal friend of the insured as beneficiary of the corporate owned portion of a split dollar endorsement policy, why the change of beneficiary form in 1995 did not effect a change in beneficiary of the corporation's portion of the policy, and why the corporation is entitled to the $1,000,000 portion of the policy in question.

6.    Chris Boswell
      Stapleton, Curtis & Boswell
      Attorneys at Law
      515 East Harrison, Suite "A"
      Post Office Box 2644
      Harlingen, Texas 78551
      (956) 428-9191
      (956) 428-9283 (fax)

Will testify regarding the reasonableness and necessity of attorneys fees incurred in connection with this case recoverable in a Declaratory Judgment Action. The testimony will include an opinion that $75,000 would be a reasonable fee for representation of Sort-Rite through a three day trial of this case. That opinion is based on an hourly rate of $250.00 per hour for 300 hours. If the case is appealed to the 5th Circuit, reasonable attorneys fees through appeal would be $25,000. If an application for writ of certiorari is made to the U.S. Supreme Court, an additional $20,000 and if the writ were granted an additional $25,000.

7.    Leticia Elizalde de Pino
      through her Attorney Constance Singleton
      215 Bay land Ave.
      Houston, Texas 77009
      281-687-0100

Will testify that she gave nothing of value to Sort-Rite, Inc. sufficient to be named beneficiary of the corporation's portion of the policy and that she knows nothing surrounding the events or intent of Shirley Metzger's decision sign the Change of

Beneficiary Form in 1995.  Knows of her agreement  with Debra Metzger Finch and Katherine Metzger to share any recovery from this suit.

8.    Debra Metzger Finch
       through her Attorney Constance Singleton
       215 Bay land Ave.
       Houston, Texas 77009 .
       281-687-0100

       Will testify that she knows nothing surrounding the purpose and intent of the 1995 Change of Beneficiary form.  Knows of her agreement to share recovery from this suit with Pino and her sister.

9.    Katherine Metzger
       through her Attorney Constance Singleton
       215 Bay land Ave.
       Houston, Texas 77009
       281-687-0100

       Will testify that she knows nothing surrounding the purpose and intent of the 1995 Change of Beneficiary form.  Knows of her agreement to share recovery from this suit with Pino and her sister.