


United States District Court
Southern District of Texas
FILED

AUG 2 3 2002

Michael N. Milby
Clerk of Court

UNITED STATES DISTRICT COURT　☆　SOUTHERN DISTRICT OF TEXAS

| JEFFERSON PILOT LIFE INS. CO. | CASE NO. B-01-142 |
|---|---|
| V. | **Exhibit List** |
| SORT-RITE INTERNATION, LETITIA PINO, KATHERINE METZGER AND DEBRA METZGER FINCH | |
| Judge Hilda G. Tagle | Case Manager: Stella Cavazos<br>Court Reporter: Breck Record |
| List of Exhibits for<br>**SORT-RITE INTERNATIONAL, INC.** | Proceeding　　　　　　　　Date |

| No. | Description | Adm | Exd |
|---|---|---|---|
| 1 | Jefferson Pilot Life Insurance Application dated 9/1/87 signed by Shirley Metzger | | |
| 2 | Jefferson Pilot Life Insurance Policy JP4038973 with Split Dollar Endorsement for Universal Life | | |
| 3 | Summary of Premium Activity from Jefferson Pilot Business Records previously marked as Exhibit 1 to Kettenrings Deposition | | |
| 4 | Summary of Premium Paids on JP4038973 previously marked as Exhibit 2 to Kettering's Deposition | | |
| 5 | Copies of Sort Rite International Inc. Checks to Jefferson Pilot Life Ins. Co. previously marked as SJX "4" to Sort-Rite's Motion for Summary Judgment | | |
| 6 | Change of Beneficiary Form signed in 1995 and previously marked as SJX "6" to Sort Rite's Motion for Summary Judgment | | |
| 7 | The Affidavit of Carl Semmler dated March 15, 2002 with attachments and previously marked as SJX "7" to Sort Rite's Motion for Summary Judgment | | |
| 8 | Life Insurance Standard Confirmation Inquiry dated April 30, 1996 and previously marked as SJX "10" to Sort Rite's Motion for Summary Judgment | | |
| 9 | An Original Multi-part Change Of Beneficiary Form from Jefferson Pilot of the type used in 1995 attached to the deposition of Carl Semmler | | |
| 10 | Time Records for Attorney Chris Boswell | | |
| 11 | Report of Thomas Braniff | | |
| 12 | | | |
| 13 | | | |