United States District Court
Southern District of Texas
FILED

AUG 23 2002

Michael N. Milby
Clerk of Court



| UNITED STATES DISTRICT COURT | ☆ | SOUTHERN DISTRICT OF TEXAS |
|---|---|---|

| JEFFERSON PILOT LIFE INS. CO.<br><br>v.<br><br>SORT-RITE INTERNATIONAL, INC.,<br>LETICIA ELIZALDE DE PINO,<br>DEBRA FINCH, AND<br>KATHERINE METZGER. | CASE NO. B-01-142<br><br>**Exhibit List** |
|---|---|
| Judge Hilda G. Tagle | Case Manager:  Stella Cavazos<br>Court Reporter:  Breck Record |
| List of<br>LETICIA ELIZALDE DE PINO,<br>DEBRA FINCH, AND<br>KATHERINE METZGER | Proceeding               Date |

| No. | Description | Adm | Exd |
|---|---|---|---|
| 1 | Application for Jefferson Pilot Life Insurance policy JP 4038973, dated Sept. 1, 1987 | | |
| 2 | Jefferson Pilot Life Insurance Policy JP4038973, with endorsements | | |
| 3 | Chapter 11 Voluntary Petition, filed by Sort-Rite International, Case No. 92-21053 | | |
| 4 | First Amended Plan of Reorganization in Case No. 92-21053, and Court's Order confirming plan | | |
| 5 | Change of Beneficiary Designation, filed with Jefferson Pilot Life Insurance Company by Shirley Metzger as President of Sort-Rite, submitted August 16, 1995, and returned to Shirley Metzger | | |
| 6 | Change of Beneficiary Designation, filed with Jefferson Pilot Life Insurance Company by Shirley Metzger as President of Sort-Rite, as maintained among Jefferson Pilot's files | | |

| | | | |
|---|---|---|---|
| 7 | Blank Change of Beneficiary Designation form, with multiple-carbon duplicates, produced at deposition of Carl Semmler, attorney for Jefferson Pilot Life Insurance Company | | |
| 8 | January 13, 1988 Policyowner's Service Transmittal from Darlene Sechrest | | |
| 9 | January 18, 1988 Inter-Office Correspondence between Susan Westbrook and Mack Scott at Jefferson Pilot Life Insurance Company | | |
| 10 | May 6, 1992 Policy Status Sheet from files of Jefferson Pilot Life Insurance Company | | |
| 11 | July 6, 1996 Policy Status Sheet from files of Jefferson Pilot Life Insurance Company | | |
| 12 | September 5, 2000 Policy Status Sheet from files of Jefferson Pilot Life Insurance Company | | |
| 13 | May 11, 2001 letter from Carl Semmler to attorneys representing the parties in the instant action | | |
| 14 | March 28, 2002 letter from Carl Semmler to Constance Singleton with attachments | | |
| 15 | March 15, 2002 letter from Carl Semmler to Constance Singleton with attachments | | |
| 16 | Jefferson Pilot Life Insurance Company's Statement of Account for Account JP4038973 for periods ending 12-01-94, 12-01-95, and 12-01-98 | | |
| 17 | Chapter 11 Voluntary Petition filed by Sort-Rite International in May 2000, Case No. 00-21094 | | |
| 18 | Second Amended Plan of Reorganization filed by Sort-Rite International, Case No. 00-21094 | | |
| 19 | Order signed by U.S. Bankruptcy Judge Richard Schmidt confirming Second Amended Plan of Reorganization, Case No. 00-21094 | | |
| 20 | Jefferson Pilot Life Insurance Company's premium notices to policyowner, some with annotations, obtained from Jefferson Pilot's files | | |

| 21 | Transcript of January 10, 2001 confirmation hearing, held before U. S. Bankruptcy Judge Richard Schmidt | | |
|---|---|---|---|
| 22 | Court's Bankruptcy File – Case No. 92-21053 | | |
| 23 | Court's Bankruptcy File – Case No. 00-21094 | | |
| 24 | Check for $3,000 from Shirley Metzger to Sort-Rite International dated 2/4/00. | | |
| 25 | Loan No. 9011 dated June 21, 1991, in amount of $41,375, loaned by San Benito Bank & Trust to Shirley Metzger, with L&D Committee Notes (Bates P-00748, 00749, 00750, 00806) | | |
| 26 | Loan No. 9008, dated May 27, 1998, in amount of $48,755, loaned by San Benito Bank & Trust to Shirley Metzger, with Commercial Loan Cover Sheet and copies of deposit slips, with money disbursement summary (Bates P-01822, 01511, 01469). | | |
| 27 | Letter dated March 5, 2000 from Pat Holley to Shirley Metzger | | |
| 28 | GMAC Payment History for 1995 Ford Crown Victoria, with hand-written annotations | | |
| 29 | Jefferson Pilot Life Insurance policy premium notices for JP 4038973, for February and March 2001, with hand-written annotations | | |
| 30 | | | |
| 31 | | | |
| 32 | | | |
| 33 | | | |
| 34 | | | |
| | | | |