|  |  |
|---|---|
| UNITED STATES DISTRICT COURT ☆ SOUTHERN DISTRICT OF TEXAS | |

United States District Court
Southern District of Texas
FILED

AUG 2 3 2002

Michael N. Milby
Clerk of Court

| Jefferson-Pilot Life Ins. Co.<br><br>V.<br><br>Sort-Rite International, Leticia Pino, Katherine Metzger and Debra Metzger Finch | CASE NO. B-01-142<br><br>**Witness List** |
|---|---|
| Judge Hilda G. Tagle | Case Manager:   Stella Cavazos<br>Court Reporter:   Breck Record |
| List of<br>**WITNESSES FOR LETICIA PINO, DEBRA FINCH, AND KATHERINE METZGER** | Proceeding<br>Date |

1. Sandra Delauney
   Sort-Rite International, Inc.
   P.O. Box 1805
   Harlingen, Texas 78551
   (956) 423-2427

   Ms. Delauney is expected to testify regarding the Jefferson Pilot policy premium notices which she received as a Sort-Rite office employee, which she was instructed to forward to Shirley Metzger with instructions that the company would no longer be paying any premiums on the policy after January 2001.

2. Frank Hyde, CPA
   3033 NW 63rd Street; Ste 100E
   Oklahoma City, Oklahoma 73116
   (405) 843-6497
   (405) 843-6895

   Mr. Hyde is expected to testify about the intent of the parties at the time that the subject insurance policy was purchased in 1987.

3.  Carl D. Semmler
    Assistant Vice President & Associate Counsel
    Jefferson Pilot Financial
    P.O. Box 21008
    Greensboro, NC 27420
    336-691-3369

In the event that Mr. Semmler's deposition testimony is not stricken, his deposition testimony will be introduced to establish that Jefferson Pilot Life Insurance Company had earlier made a determination in 1988 that it would not require two signatures for Sort-Rite documents, and that it endorsed and recorded the 1995 Change of Beneficiary Designation. Additionally, his deposition testimony will be used to show that Jefferson Pilot is now taking a position which is inconsistent with that taken in its Original Complaint, that it treated the Change of Beneficiary Designation as one reaching the corporate side of the file until after it was dismissed from this case, and that it should be judicially estopped from taking a position contrary to the position recited in its Original Complaint in Interpleader.

4.  James Richard Kettenring
    Manager of Customer Service
    Jefferson Pilot Financial
    Greensboro, NC 27420
    336-691-3369

Mr. Kettenring's deposition testimony will establish that although approximately $100,000 was paid in premiums on the policy, that this number was paid from all sources, and that certain of the payments asserted by Sort-Rite to have been paid by them for this policy were, in fact, paid by Sort-Rite for other insurance business which it conducted with Jefferson Pilot. Additionally, Mr. Kettenring's testimony will establish that the premiums which were paid were not the same as the "cost of insurance" and that the "cost of insurance" referenced in the endorsement as required to be repaid by Shirley Metzger to Sort-Rite was an amount much smaller than the amount of the premium.

Additionally, Parties PINO, FINCH, and METZGER may call certain rebuttal witnesses, as circumstances require.