IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

SEP 0 3 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| Jefferson Pilot Life Ins. Co., <br> Plaintiff, | § <br> § <br> § | |
| v. | § <br> § | CIVIL ACTION NO. B-01-142 |
| Sort-Rite International, et al., <br> Defendants. | § <br> § <br> § | |

### ORDER

BE IT REMEMBERED that on August 27, 2002, the Court considered the Second Filed Motion to Distribute Funds Now in the Registry of the Court [Dkt. No. 51], and the Response thereto [Dkt. No. 52]. The Motion fails to conform with Local Rule 7(D) as counsel for Movant failed to aver that a) she has conferred with opposing counsel concerning this opposed Motion and that b) counsel were unable to agree about the disposition of the Motion. Further, opposing counsel states that he was unaware of the pending of this Motion and learned of it only by accident, contrary to the certificate of service. The Motion is accordingly **STRICKEN** from the record.

DONE this 27 day of August, 2002, at Brownsville, Texas.

Hilda G. Tagle
United States District Judge