IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

SEP 1 2 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| Jefferson-Pilot Life Ins. Co., <br> Plaintiff, | § <br> § <br> § | |
| v. | § | CIVIL ACTION NO. B-01-142 |
| Sort-Rite International, et al., <br> Defendants. | § <br> § <br> § | |

## FINAL JUDGMENT

BE IT REMEMBERED, that on September 11, 2002, the Court having granted summary judgment on all causes of action in favor of Defendant Sort-Rite enters final judgment pursuant to Federal Rule of Civil Procedure 58.

DONE at Brownsville, Texas, this the 11th day of September 2002.

_____
Hilda G. Tagle
United States District Court Judge