United States District Court
Southern District of Texas
ENTERED

SEP 2 5 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| JEFFERSON PILOT LIFE INSURANCE § § vs. § SORT-RITE INTERNATIONAL, INC., § et al. § | CIVIL ACTION NO. B-01-142 |

## ORDER DIRECTING CLERK TO DISTRIBUTE INTERPLED FUNDS PURSUANT TO FINAL JUDGMENT

On the 12th day of September, 2002, the Final Judgment in favor of Sort-Rite International, Inc. on all causes of action was GRANTED. Pursuant to 28 U.S.C. §§2041 and 2042 and the effect of this Court's Final Judgment, the Clerk of this Court is ORDERED to distribute to Sort-Rite International, Inc. from the interpled funds ONE MILLION DOLLARS plus two thirds of any accrued interest thereon from the date the funds were deposited into the Registry of the Court until the date of distribution. The Clerk of this Court is further ORDERED to distribute to Sort-Rite International, Inc. from the remainder of the funds Forty-Nine Thousand Nine Hundred Seventy-Eight and 90/100 Dollars ($49,978.90) (as reimbursement for premiums and interest) plus an additional Forty Thousand and No/Dollars ($40,000.00) as attorney's fees. The Clerk of this Court shall deliver Sort-Rite's funds to its attorney of record, Chris Boswell at Stapleton, Curtis & Boswell, L.L.P., 515 East Harrison Street, Suite "A", Harlingen, Texas 78550.

The Clerk of the Court is further ORDERED that the balance of any remaining funds in the Registry of the Court are ordered to be paid to Leticia Elizalde de Pino.

All other and further relief not expressly granted is hereby denied.

_____  
Judge Presiding

Done September 24, 2002



**COPY**

64

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
FILED

SEP 18 2002

Michael N. Milby
Clerk of Court

| | |
|---|---|
| JEFFERSON PILOT LIFE INSURANCE § § | |
| vs. § | CIVIL ACTION NO. B-01-142 |
| § | |
| SORT-RITE INTERNATIONAL, INC., § et al. § | |

## MOTION FOR ORDER DIRECTING CLERK TO DISTRIBUTE INTERPLED FUNDS PURSUANT TO FINAL JUDGMENT

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

SORT-RITE INTERNATIONAL, INC., files this its Motion for Order Directing Clerk to Distribute Interpled Funds Pursuant to Final Judgment and in support thereof, would respectfully show the Court as follows:

1.  On or about September 6, 2002, this Court entered its Order granting Sort-Rite International, Inc.'s Motion for Summary Judgment. Thereafter, on September 12, 2002, the Court entered its Final Judgment granting summary judgment on all causes of action in favor of Defendant Sort-Rite International, Inc.

2.  There is a need for an Order to direct the clerk of the court to distribute the interpled funds for the purpose of effecting this Court's Order and Final Judgment granting summary judgment for Sort-Rite International, Inc.

3.  Further, pursuant to 28 U.S.C. §§2041 and 2042, Sort-Rite International, Inc. requests that the Court enter its Order to Distribute Interpled Funds as follows:

| | |
|---|---|
| To Sort-Rite International : | $1,000,000 plus two-thirds (⅔) of any accumulated interest from the date of the deposit of the interpled funds until the date of distribution plus $33,459.14 being one-third (⅓) of the $100,477.90 premiums paid by Sort-Rite International, Inc. plus $16,519.76 being interest on the premiums paid by Sort-Rite from the date of payment at the rate of six percent (6%) per annum through September 6, 2002 plus $40,000.00 being attorney's fees awarded to Sort-Rite International, Inc. |
| To Leticia Elizalde De Pino: | The balance of any funds remaining in the Registry of the Court after payment of the aforementioned funds to Sort-Rite International, Inc. |

WHEREFORE, PREMISES CONSIDERED, Sort-Rite International, Inc. respectfully requests that the Court enter an Order in accordance with the Summary Judgment directing the Clerk of the Court to distribute the funds as set forth above .

Respectfully submitted on this the __18th__ day of September, 2002.

OF COUNSEL:

STAPLETON, CURTIS &
  BOSWELL, L.L.P.

_/s/ Chris Boswell_
Chris Boswell
Attorney in Charge
State Bar No. 02683300
Southern District of Texas
Admissions Id. No. 1256
515 East Harrison, Suite "A" (78550)
Post Office Box 2644
Harlingen, Texas 78551
Telephone:     (956) 428-9191
Telecopier:    (956) 428-9283

Attorneys for Sort-Rite International, Inc.

## CERTIFICATE OF CONFERENCE

On the __18th__ day of September, 2002, the undersigned counsel conferred with Constance Singleton regarding this Motion and she does oppose this Motion.

_____
Chris Boswell

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the __18th__ day of September, 2002, a true and correct copy of the above and foregoing Sort-Rite's Motion for Order Directing Clerk to Distribute Interpled Funds Pursuant to Final Judgment was forwarded to the following:

| | |
|---|---|
| Constance Y. Singleton<br>215 Bayland Avenue<br>Houston, Texas 77009 | CMRRR #7001 2510 0006 8914 3146<br>And<br>Via Facsimile (713) 802-1202 |
| Mr. James DeAnda<br>Solar & Associates<br>2800 Post Oak Blvd., Suite 6300<br>Houston, Texas 77056 | CMRRR #7001 2510 0006 8914 3160<br>And<br>Via Facsimile (713) 850-1199 |

_____
Chris Boswell

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| JEFFERSON PILOT LIFE INSURANCE | § § | |
| vs. | § § | CIVIL ACTION NO. B-01-142 |
| SORT-RITE INTERNATIONAL, INC., et al. | § § § | |

ORDER DIRECTING CLERK TO DISTRIBUTE INTERPLED FUNDS
PURSUANT TO FINAL JUDGMENT

On the 12th day of September, 2002, the Final Judgment in favor of Sort-Rite International, Inc. on all causes of action was GRANTED. Pursuant to 28 U.S.C. §§2041 and 2042 and the effect of this Court's Final Judgment, the Clerk of this Court is ORDERED to distribute to Sort-Rite International, Inc. from the interpled funds ONE MILLION DOLLARS plus two thirds of any accrued interest thereon from the date the funds were deposited into the Registry of the Court until the date of distribution. The Clerk of this Court is further ORDERED to distribute to Sort-Rite International, Inc. from the remainder of the funds Forty-Nine Thousand Nine Hundred Seventy-Eight and 90/100 Dollars ($49,978.90) (as reimbursement for premiums and interest) plus an additional Forty Thousand and No/Dollars ($40,000.00) as attorney's fees. The Clerk of this Court shall deliver Sort-Rite's funds to its attorney of record, Chris Boswell at Stapleton, Curtis & Boswell, L.L.P., 515 East Harrison Street, Suite "A", Harlingen, Texas 78550.

The Clerk of the Court is further ORDERED that the balance of any remaining funds in the Registry of the Court are ordered to be paid to Leticia Elizalde de Pino.

All other and further relief not expressly granted is hereby denied.

_____
Judge Presiding