IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

SEP 2 6 2002

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| JEFFERSON PILOT LIFE INSURANCE CO. | § § § § | |
| v. | § § | CASE NO. B-01-142 |
| SORT-RITE INTERNATIONAL, INC., AND LETICIA PINO, DEBRA FINCH, AND KATHERINE METZGER. | § § § § § § | |

### MOVANTS' REQUEST FOR HEARING ON MOTION FOR RECONSIDERATION OF SUMMARY JUDGMENT FILED BY LETICIA PINO, DEBRA FINCH, AND KATHERINE METZGER

1. Movants, LETICIA PINO, DEBRA FINCH, and KATHERINE METZGER have, contemporaneously with the filing of this request, filed their Motion for Reconsideration of Summary Judgment Filed by LETICIA PINO, DEBRA FINCH, and KATHERINED METZGER, wherein Movants seek to have this Court reconsider the Summary Judgment granted in favor of SORT-RITE INTERNATIONAL, INC.

2. Although an evidenciary hearing may not be held on this motion, Movants believe that the issues are complex, and a hearing at which the lawyers argue their respective positions would be helpful to the Court.

3. Accordingly, Movants request that the Court set this motion for hearing.

Respectfully submitted,

*/s/ Constance Y. Singleton*

| OF COUNSEL: | CONSTANCE Y. SINGLETON |
| --- | --- |
| | ATTORNEY-IN-CHARGE |
| JAMES DEANDA | FOR LETICIA PINO, |
| Solar & Associates | KATHERINE METZGER, AND |
| Fed. ID. 15484 | DEBRA METZGER FINCH |
| SBOT 05624000 | Fed. ID. 6567 |
| (713) 850-1212 | SBOT 18435600 |
| Fax: (713) 850-1199 | (281)-687-0100 |
| 2800 Post Oak Blvd., Suite 6300 | Fax: (713) 802-1202 |
| Houston, Texas 77056 | 215 Bayland Avenue |
| | Houston, Texas 77009 |

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Request for Hearing has been sent, via certified mail, Return Receipt Requested, to the counsel of record named below, on this the 25th day of September, 2002:

Stapleton, Curtis & Boswell, LLP
P. O. Box 2644
Harlingen, Texas 78551
Attn: Mr. Chris Boswell

*/s/ Constance Y. Singleton*
CONSTANCE Y. SINGLETON