68

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

United States District Court
Southern District of Texas
FILED

OCT 0 1 2002

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| **JEFFERSON PILOT** | § | |
| **LIFE INSURANCE CO.** | § | |
| | § | |
| **v.** | § | **CASE NO. B-01-142** |
| | § | |
| **SORT-RITE INTERNATIONAL,** | § | |
| **INC.,** | § | |
| **AND** | § | |
| **LETICIA PINO, DEBRA FINCH,** | § | |
| **AND KATHERINE METZGER.** | § | |

**EMERGENCY MOTION TO SET ASIDE ORDER DIRECTING CLERK**
**TO DISTRIBUTE INTERPLED FUNDS**
**AND**
**MOTION REQUESTING ORDER**
**DIRECTING RETURN OF FUNDS DISBURSED**
**TO SORT-RITE INTERNATIONAL, INC.**
**PENDING DISPOSITION OF THE CASE**

TO THE HONORABLE JUDGE OF SAID COURT:

COME NOW LETICIA PINO, DEBRA FINCH, and KATHERINE

METZGER and file this, their Emergency Motion to Return Funds Disbursed to

Sort-Rite International, Inc. Pending Disposition of the Case. In support of their

motion, Movants state as follows:

1.    This Court granted Summary Judgment on September 5, 2002 (Dkt.

62).

2.    Final Judgment was signed on September 11, 2002, and entered on September 12, 2002.

3.    Under Rule 59 (b), Federal Rules of Civil Procedure, Movants have ten days after entry of judgment to file a motion for new trial of the Court's ruling, which may be styled as a "Motion for Reconsideration." *Aybar v. Crispin-Reyes,* 118 F.3d 10, 14 n.3 (1st Cir. 1997).

4.    Under Rule 6(a), Federal Rules of Civil Procedure, which describes the computation of time for the purposes of the federal rules, "the day of the act, event, or default from which the designated period of time begins to run shall not be included." (FRCP 6(a).    Additionally, "[w]hen the period of time prescribed or allowed is less than 11 days, intermediate Saturdays, Sundays, and legal holidays shall be excluded in the computation." FRCP 6(a), third sentence.

5.    Movants herein filed their Motion for Reconsideration (Dkt. 67) on September 26, 2002.  September 12th, a Thursday, the date of the entry of the judgment, is not counted, under Rule 6, Federal Rules of Civil Procedure.    The first day for computation purposes was Friday, September 13th.  The following Saturday and Sunday are not counted. The following week constituted five days, followed by another weekend.    The Motion for Reconsideration was filed the following

Thursday, September 26, the tenth day. This motion was timely filed under the federal rules.

6.  On September 18, 2002 Sort-Rite filed a motion for the distribution of the interpled funds (Dkt. 64), which was entered on September 19, 2002. The Docket Sheet states that this motion is docketed for October 8, 2002.

7.  On September 24, 2002, this Court signed an order directing the Clerk to distribute the interpled funds, which order was entered on September 25, 2002 (Dkt. 65).

8.  Movants' Motion for Reconsideration addresses substantial errors of law, which directly address the ruling in the summary judgment. Additionally, a portion of the order to distribute funds addresses the return of premiums paid. The summary judgment does not address matters relating to the disbursement of premiums paid by Sort-Rite International, Inc., and Sort-Rite International, Inc.'s request for these monies is defective on its face, as identified in more detail in Movants' Response to Motion to Distribute, filed contemporaneously herewith.

9.  Movants respectfully request that this Court set aside the order which directed the disbursement of funds (Dkt. 65), and order that the

disbursed funds be returned to the Registry of the Court pending final disposition of this case.

Additionally, by separate motion Movants respectfully request a hearing on this motion at the Court's earliest convenience.

Respectfully submitted,

OF COUNSEL:

JAMES DEANDA
Solar & Associates
Fed. ID. 15484
SBOT 05624000
(713) 850-1212
Fax: (713) 850-1199
2800 Post Oak Blvd., Suite 6300
Houston, Texas 77056

CONSTANCE Y. SINGLETON
ATTORNEY-IN-CHARGE
FOR LETICIA PINO,
KATHERINE METZGER, AND
DEBRA METZGER FINCH
Fed. ID. 6567
SBOT 18435600
(281)-687-0100
Fax: (713) 802-1202
215 Bayland Avenue
Houston, Texas 77009

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Request for Hearing has been sent, via certified mail, Return Receipt Requested, to the counsel of record named below, on this the 30th day of September, 2002:

Stapleton, Curtis & Boswell, LLP
P. O. Box 2644
Harlingen, Texas 78551
Attn: Mr. Chris Boswell

CONSTANCE Y. SINGLETON

4

## CERTIFICATE OF CONFERENCE

On the 30th day of September, 2002, the undersigned counsel conferred with Chris Boswell regarding this Motion and it is opposed.

CONSTANCE SINGLETON