69

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

OCT 0 1 2002

Michael N. Milby
Clerk of Court

| | |
|---|---|
| JEFFERSON PILOT § | |
|    LIFE INSURANCE CO. § | |
| § | |
| v. § | CASE NO. B-01-142 |
| § | |
| SORT-RITE INTERNATIONAL, § | |
|    INC., § | |
| AND § | |
| LETICIA PINO, DEBRA FINCH, § | |
|   AND KATHERINE METZGER. § | |

### REQUEST FOR HEARING ON
### EMERGENCY MOTION TO SET ASIDE ORDER DIRECTING
### CLERK TO DISTRIBUTE INTERPLED FUNDS
### AND
### MOTION REQUESTING ORDER
### DIRECTING RETURN OF FUNDS DISBURSED
### TO SORT-RITE INTERNATIONAL, INC.
### PENDING DISPOSITION OF THE CASE

TO THE HONORABLE JUDGE OF SAID COURT:

1. Movants, LETICIA PINO, DEBRA FINCH, and KATHERINE METZGER have, contemporaneously with the filing of this request, filed their Emergency Motion to Set Aside Order Directing Clerk to Distriubte Interpled Funds and Motion Requesting Order Directing Return of Funds Disbursed to Sort-Rite International, Inc. Pending Disposition of the Case.

2. Although an evidenciary hearing may not be held on this motion, Movants believe that the issues are complex, and a hearing at which the lawyers argue their respective positions would be helpful to the Court.

3. Accordingly, Movants request that the Court set this motion for hearing.

Respectfully submitted,

*[signature]*

OF COUNSEL:

JAMES DEANDA
Solar & Associates
Fed. ID. 15484
SBOT 05624000
(713) 850-1212
Fax: (713) 850-1199
2800 Post Oak Blvd., Suite 6300
Houston, Texas 77056

CONSTANCE Y. SINGLETON
ATTORNEY-IN-CHARGE
FOR LETICIA PINO,
KATHERINE METZGER, AND
DEBRA METZGER FINCH
Fed. ID. 6567
SBOT 18435600
(281)-687-0100
Fax: (713) 802-1202
215 Bayland Avenue
Houston, Texas 77009

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Request for Hearing has been sent, via certified mail, Return Receipt Requested, to the counsel of record named below, on this the 30th day of September, 2002:

Stapleton, Curtis & Boswell, LLP
P. O. Box 2644
Harlingen, Texas 78551
Attn: Mr. Chris Boswell

*[signature]*
CONSTANCE Y. SINGLETON