IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States Courts
Southern District of Texas
FILED
OCT 0 9 2002
Michael N. Milby, Clerk

CASE NO. B-01-142

| | |
|---|---|
| JEFFERSON PILOT §<br>LIFE INSURANCE CO. §<br>§<br>§<br>v. §<br>§<br>SORT-RITE INTERNATIONAL, §<br>INC., §<br>AND §<br>LETICIA PINO, §<br>DEBRA FINCH, §<br>AND KATHERINE METZGER. § | NOTICE OF APPEAL |

## NOTICE OF APPEAL

Notice is hereby given that LETICIA PINO, DEBRA FINCH, and KATHERINE METZGER, who are three of the four remaining Claimants in the above-styled interpleader action, hereby appeal to the United States Court of Appeals for the Fifth Circuit from the final judgment entered in this action on the 12th day of September, 2002 by the United States District Court, Brownsville Division.

Respectfully submitted,

CONSTANCE Y. SINGLETON
ATTORNEY-IN-CHARGE
FOR LETICIA PINO, KATHERINE METZGER
AND DEBRA METZGER FINCH
Fed. ID. 6567
SBOT 18435600
(281)-687-0100
Fax: (713) 802-1202
215 Bayland Avenue
Houston, Texas 77009

1

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Notice of Appeal has been sent, via certified mail, Return Receipt Requested, to the counsel of record named below, on this the ____ day of October, 2002:

Stapleton, Curtis & Boswell, LLP
P. O. Box 2644
Harlingen, Texas 78551
Attn: Mr. Chris Boswell

CONSTANCE Y. SINGLETON