IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

OCT 2 5 2002

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| JEFFERSON PILOT<br>LIFE INSURANCE CO. | §<br>§<br>§ | |
| v. | §<br>§ | CASE NO. B-01-142 |
| SORT-RITE INTERNATIONAL, INC.<br>and LETICIA PINO, DEBRA FINCH<br>and KATHERINE METZGER | §<br>§<br>§<br>§ | |

**ATTORNEY'S UNOPPOSED MOTION TO WITHDRAW
AS ASSOCIATE COUNSEL FOR
LETICIA PINO, DEBRA FINCH AND KATHERINE METZGER**

TO THE HONORABLE JUDGE OF SAID COURT:

The undersigned, an associate counsel for Leticia Pino, Debra Finch and Katherine Metzger, parties in the above-styled and numbered cause, states that with the agreement of the attorney in charge for the said named parties, asks leave of Court to withdraw as an attorney of record herein.

Withdrawal of the undersigned will in no way affect nor delay the processing of this case and the said parties have no objection to the withdrawal. Constance Singleton, the attorney in charge for said parties remains as lead attorney.

Accordingly, the undersigned prays that the Court grant leave to the undersigned to withdraw as an associate attorney for the above-named parties.

Dated:    October 23, 2002
          Houston, Texas

                              Respectfully submitted

                              SOLAR & ASSOCIATES, L.L.P.

                              By: _____
                                   James DeAnda
                                   State Bar No. 05624000
                                   Federal I.D. No. 15484
                                   2800 Post Oak Blvd., Suite 6300
                                   Houston, Texas 77056
                                   (713) 850-1212
                                   (713) 850-1199 (Fax)
                                   MOVANT

## CERTIFICATE OF CONFERENCE

I hereby certify that I have conferred with Constance Singleton, attorney in charge for Leticia Pino, Debra Finch and Katherine Metzger, parties in the above case and she does not oppose this Motion. I have also conferred with Chris Boswell, attorney in charge for Sort-Rite International, Inc., a party in the above case and he does not oppose this Motion.

                              _____
                              James DeAnda

16464PCD35689

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing has been forwarded to all attorneys of record, by facsimile, certified mail, return receipt requested, or by hand delivery on October 23, 2002:

Ms. Constance Singleton           Mr. Chris Boswell
Attorney At Law                   Stapleton, Curtis & Boswell, LLP
215 Bayland Avenue                P.O. Box 2644
Houston, Texas 77009              Harlingen, Texas 78551

James DeAnda