IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

NOV 0 1 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| JEFFERSON PILOT LIFE INSURANCE CO. | § § § | |
| v. | § | CASE NO. B-01-142 |
| SORT-RITE INTERNATIONAL, INC. and LETICIA PINO, DEBRA FINCH and KATHERINE METZGER | § § § § § | |

## ORDER

The Motion of James DeAnda, an associate attorney for Leticia Pino, Debra Finch and Katherine Metzger to withdraw as an attorney of record for said parties is GRANTED.

Dated this 31 day of October, 2002.

_____
UNITED STATES DISTRICT JUDGE

16464PCD35689