United States District Court
Southern District of Texas
FILED

NOV 1 2 2002

Michael N. Milby
Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| JEFFERSON PILOT LIFE INSURANCE | § § | |
| vs. | § § | CIVIL ACTION NO. B-01-142 |
| SORT-RITE INTERNATIONAL, INC., et al. | § § § | |

## SORT-RITE INTERNATIONAL, INC.'S MOTION TO DISMISS CLAIMS FOR ATTORNEY'S FEES AND REIMBURSEMENT OF PREMIUMS
(UNOPPOSED)

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

SORT-RITE INTERNATIONAL, INC. (*hereinafter "Sort-Rite"*) files this its Motion to Dismiss its Claims for Attorney's Fees and Reimbursement of Premiums and in support thereof, would respectfully show the Court as follows:

1. Sort-Rite no longer desires to pursue a claim for attorney's fees or for reimbursement of unpaid premiums.

2. This Motion does not seek to modify in any way its prior Cross-Claim for Declaratory Judgment for an award of its share of the interpled funds.

3. Therefore, pursuant to F.R.C.P. 41(a)(2), Sort-Rite moves to dismiss its claims for attorney's fees and reimbursement of premiums.

WHEREFORE, PREMISES CONSIDERED, Sort-Rite requests that this Honorable Court dismiss its claims for attorney's fees and for reimbursement of premiums paid only. Dismissal of these claims will not prejudice Pino.

OF COUNSEL:

STAPLETON, CURTIS &
  BOSWELL, L.L.P.

_____
Chris Boswell
Attorney in Charge
State Bar No. 02683300
Southern District of Texas
Admissions Id. No. 1256
515 East Harrison, Suite "A" (78550)
Post Office Box 2644
Harlingen, Texas 78551
Telephone:       (956) 428-9191
Telecopier:      (956) 428-9283

Attorney for Sort-Rite International, Inc.

### CERTIFICATE OF CONFERENCE

On the 12th day of November, 2002, the undersigned counsel conferred with Constance Singleton regarding this Motion and she ▓▓▓▓ oppose this Motion.

_____
Chris Boswell

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the ___12th___ day of November, 2002, a true and correct copy of the above and foregoing Sort-Rite's Motion to Dismiss Claims for Attorney's Fees and Reimbursement of Premiums, forwarded to Ms. Constance Y. Singleton, 215 Bayland Avenue, Houston, Texas 77009, via facsimile (713) 802-1202 and Certified Mail, Return Receipt Requested #7002 0860 0004 8101 4252.

_____
Chris Boswell