IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States Courts
Southern District of Texas
FILED
NOV 2 5 2002
Michael N. Milby, Clerk

| | |
|---|---|
| JEFFERSON PILOT §<br>LIFE INSURANCE CO. §<br>§<br>v. §<br>§<br>SORT-RITE INTERNATIONAL, §<br>INC., §<br>AND §<br>LETICIA PINO, DEBRA FINCH, §<br>AND KATHERINE METZGER. § | CASE NO. B-01-142 |

### RESPONSE FILED BY PINO, FINCH AND METZGER PURSUANT TO COURT'S ORDER OF OCTOBER 30, 2002

TO THE HONORABLE JUDGE OF SAID COURT:

COME NOW LETICIA PINO, DEBRA FINCH, and KATHERINE METZGER and file this, their Response to SORT-RITE INTERNATIONAL, INC.'s Brief, as directed by the Court's Order of October 30, 2002. The substance of this response is as follows:

1. By document filed November 12, 2002, SORT-RITE INTERNATIONAL, INC. filed its brief and response as directed by the Court's Order of October 30, 2002. Through that response SORT-RITE INTERNATIONAL, INC. apprises the Court that it no longer seeks attorneys'

fees or the reimbursement of its costs related to the payment of premiums. In conjunction with this position, SORT-RITE INTERNATIONAL, INC. filed, on the same day as its response, a motion to dismiss its claims for attorneys' fees and reimbursement of its costs, as well as a proposed order of dismissal of these claims.

2. SORT-RITE INTERNATIONAL, INC. then asserts in its Brief that its Motion to Distribute remains pending since the Court vacated its September 24, 2002 order to distribute funds (Dkt. 65), and it re-urges that motion for distribution, and contemporaneously files another proposed order relating to its motion for distribution.

3. Respondents herein submit that SORT-RITE INTERNATIONAL, INC. has no right at this time to seek the distribution of any proceeds which remain contested.

4. The Court, in its October 30, 2002 order, notes that certain "issues remained outstanding and unresolved by the Court's Summary Judgment" (Dkt. 76). There is currently no final judgment which adjudicates all of the claims as to all parties, as required under Rule 54, Federal Rules of Civil Procedure. The pertinent provision of that rule is set forth below, verbatim:

> When more than one claim for relief is presented in an action, whether as a claim, counterclaim, cross-claim, or third-party claim, or when multiple parties are involved, the court may direct the entry of a final judgment as to one or more but fewer than all of the claims or parties only upon an

> express determination that there is no just reason for delay and upon an express direction for the entry of judgment. In the absence of such determination and direction, any order or other form of decision, however designated, which adjudicates fewer than all the claims or the rights and liabilities of fewer than all the parties shall not terminate the action as to any of the claims or parties, and the order or other form of decision is subject to revision at any time before the entry of judgment adjudicating all the claims and the rights and liabilities of all the parties.

There is currently no final judgment which adjudicates all the claims and rights of all the parties, and any motion to distribute contested funds is premature.

5. Independent of the above argument, the fact that SORT-RITE INTERNATIONAL, INC., on November 12, 2002, modified the nature of its sought relief renders the Order entered on September 12, 2002 (Dkt. 63) one which does not adjudicate all claims in the case, as it predates that modification.

6. The Court, in its October 30, 2002 order, notes that on September 26, 2002 Respondents herein filed a timely Motion for Reconsideration under Rule 59, Federal Rules of Civil Procedure (Dkt. 66). Although the request for a hearing on this motion was denied by the Court in its October 30, 2002 Order (Dkt. 76), the motion itself remains pending before this Court, and a distribution of contested funds prior to a ruling on the Respondents' motion leaves them without remedy in the event that the Court rules in Respondents' favor.

7.   For the foregoing reasons, Respondents respectfully prays that the Court deny the requested relief of SORT-RITE INTERNATIONAL, INC., that it be disbursed funds now in the Registry of the Court, which remain in contest.

Respectfully submitted,

CONSTANCE Y. SINGLETON
ATTORNEY-IN-CHARGE
FOR LETICIA PINO,
KATHERINE METZGER, AND
DEBRA METZGER FINCH
Fed. ID. 6567
SBOT 18435600
(281)-687-0100
Fax: (713) 802-1202
215 Bayland Avenue
Houston, Texas 77009

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Request for Hearing has been sent, via certified mail, Return Receipt Requested, to the counsel of record named below, on this the 25th day of November, 2002:

Stapleton, Curtis & Boswell, LLP
P. O. Box 2644
Harlingen, Texas 78551
Attn: Mr. Chris Boswell

CONSTANCE Y. SINGLETON