IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States Courts
Southern District of Texas
FILED

NOV 2 6 2002

Michael N. Milby, Clerk

| | | |
|---|---|---|
| JEFFERSON PILOT | § | |
|   LIFE INSURANCE CO. | § | |
| | § | |
| v. | § | CASE NO. B-01-142 |
| | § | |
| SORT-RITE INTERNATIONAL, | § | |
|   INC., | § | |
| AND | § | |
| LETICIA PINO, DEBRA FINCH, | § | |
|   AND KATHERINE METZGER. | § | |

**SUPPLEMENT RESPONSE OF PINO, FINCH, AND METZGER
TO SORT-RITE'S RESPONSE FILED
PURSUANT TO ORDER OF OCTOBER 30, 2002
AND
OPPOSITION TO
ORDER TO DISTRIBUTE INTERPLED FUNDS**

TO THE HONORABLE JUDGE OF SAID COURT:

COME NOW LETICIA PINO, DEBRA FINCH, and KATHERINE METZGER and file this, their supplemental response to SORT-RITE INTERNATIONAL, INC.'s Response and Brief which it filed pursuant to this Court's October 30, 2002 Order. Additionally, this response is filed in opposition to SORT-RITE INTERNATIONAL, INC.'s Order to Distribute Interpled Funds, which was filed with that response. The substance of this response is as follows:

1

1.  In its brief and response filed pursuant to this Court's October 30, 2002 order, SORT-RITE INTERNATIONAL, INC. (hereinafter SORT-RITE) takes the position that it's previously-filed Motion to Distribute (Dkt. 64) remains pending as a result of the Court's October 30, 2002 order (This position is found in Dkt. 78, page 5, Item 4).

2.  SORT-RITE presents no authority for this position.

3.  Along with its response, SORT-RITE filed Order Directing Clerk to Distribute Interpled Funds Pursuant to Final Judgment.

4.  The order upon which SORT-RITE's relies in seeking the distribution is not a final judgment.

5.  The filing of a motion for new trial under Rule 59, Federal Rules of Civil Procedure, renders the final judgment non-final. *Cobb v. Miller*, 818 F.2d 1227, 1238 (5th Cir. 1987), 11 C. Wright & A Miller, *Federal Practice & Procedure* §2821, at 136 (1973). The judgment becomes final only after disposition of the Rule 59 motion, and the judgment which establishes finality is the one which disposes the Rule 59 motion, not the one giving rise to it. *Portis v. Harris County*, 632 F.2d 486 (5th Cir. 1980).

For this reasons, Respondents respectfully request that this Court DENIES SORT-RITE's request for disbursement of funds from the Registry of the Court.

Respectfully submitted,

CONSTANCE Y. SINGLETON
ATTORNEY-IN-CHARGE
FOR LETICIA PINO,
KATHERINE METZGER, AND
DEBRA METZGER FINCH
Fed. ID. 6567
SBOT 18435600
(281)-687-0100
Fax: (713) 802-1202
215 Bayland Avenue
Houston, Texas 77009

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Request for Hearing has been sent, via certified mail, Return Receipt Requested, to the counsel of record named below, on this the 26 day of November, 2002:

Stapleton, Curtis & Boswell, LLP
P. O. Box 2644
Harlingen, Texas 78551
Attn: Mr. Chris Boswell

CONSTANCE Y. SINGLETON

3