United States Courts
Southern District of Texas
FILED
NOV 26 2002
Michael N. Milby, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JEFFERSON-PILOT LIFE INS. CO. § | | |
| § | | |
| V. § | | CASE NO. B-01-142 |
| § | | |
| SORT-RITE INTERNATIONAL, § | | |
| ET AL. § | | |

# PINO, FINCH AND METZGER'S
# MOTION FOR ORDER TO DISTRIBUTE FUNDS
# NOW IN THE REGISTRY OF THE COURT

TO THE HONORABLE JUDGE OF SAID COURT:

COME NOW LETICIA ELIZALDE DE PINO, DEBRA METZGER FINCH, and KATHERINE METZGER and file this, their motion seeking an order to distribute funds now in the Registry of the Court. In support of this motion, Movants herein would show the following:

1. Through the filing of this action JEFFERSON PILOT LIFE INSURANCE COMPANY interpled into the Registry of the Court a sum in the principal amount of $1,500,000 plus interest of approximately $9,000, which amounts related to the proceeds of a life insurance policy which contained a 'split-dollar' endorsement, breaking the policy into two portions, a $1,000,000 portion and a $500,000 portion.

2. Movants herein have claimed in this suit both portions of the policy.

3. SORT-RITE INTERNATIONAL, INC. originally claimed and continues to claim an interest in the $1,000,000 portion.

4. SORT-RITE INTERNATIONAL, INC., while originally claiming certain interests in the $500,000 portion of the policy, has, by motion dated November 12, 2002, elected to seek dismissal of its claims to the $500,000 portion.

5. After settlement with two banks, who have been paid from the interpled funds and have been dismissed from this suit (COASTAL BANC, SSB and EXPORT-IMPORT BANK OF THE UNITED STATES), there remains in the Registry of the Court the principal sum of $350,000 from the $500,000 portion of the policy.

6. Movants pray that the following amount be disbursed jointly to LETICIA PINO, DEBRA FINCH, KATHERINE METZGER, and CONSTANCE SINGLETON:

   a. The amount of $350,000, and

   b. ONE-THIRD of the excess over $1,350,000.

SORT-RITE INTERNATIONAL, INC. represents, through its counsel of record, that it opposes this motion. In response to this, Movants would respectfully direct the Court's attention to the recently-filed Order Directing Clerk to Distribute Interpled Funds Pursuant to Final Judgment, filed on or about November 12, 2002, wherein SORT-RITE seeks only those monies which remain AFTER the deduction of the above-sums. Additionally, it has affirmatively moved to dismiss its claims which oppose Movants' requested distribution.

WHEREFORE, PREMISES CONSIDERED, Movants pray that this Court order a disbursement of the proceeds to Movants as requested in this motion.

> Respectfully submitted,
>
> CONSTANCE Y. SINGLETON
> ATTORNEY FOR LETICIA PINO,
> KATHERINE METZGER, AND
> DEBRA METZGER FINCH
> Fed. ID. 6567
> SBOT 18435600
> 215 Bayland Avenue
> Houston, Texas 77009
> (281) 687-0100
> Facsimile: (713) 802-1202

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been sent, via certified mail, to the following counsel of record or parties, on this the 26th day of November, 2002:

Chris Boswell
Stapleton, Curtis & Boswell, LLP
P. O. Box 2644
Harlingen, Texas 78551

> CONSTANCE Y. SINGLETON

## CERTIFICATE OF CONFERENCE

On November 26, 2002, the undersigned conferred with Chris Boswell, attorney for SORT-RITE INTERNATIONAL, INC. regarding the filing of this motion. He advised the undersigned that this motion is OPPOSED.

*[signature]*
CONSTANCE SINGLETON