United States District Court
Southern District of Texas
FILED

DEC 1 3 2002

Michael N. Milby
Clerk of Court

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| JEFFERSON PILOT LIFE INSURANCE | § § | |
| vs. | § § | CIVIL ACTION NO. B-01-142 |
| SORT-RITE INTERNATIONAL, INC., et al. | § § § | |

### SORT-RITE INTERNATIONAL, INC.'S RESPONSE TO PINO, FINCH AND METZGER's MOTION FOR ORDER TO DISTRIBUTE FUNDS NOW IN THE REGISTRY OF THE COURT

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

SORT-RITE INTERNATIONAL, INC., (*hereinafter "Sort-Rite"*) files this its Response to Pino, Finch and Metzger's Motion to Distribute Funds Now in the Registry of the Court, and in support thereof, would respectfully show the Court as follows:

1. Sort-Rite admits the allegations contained in Paragraphs 1, 2, 3 and 5 of the Motion.

2. Sort-Rite admits that by Motion dated November 12, 2002, it has withdrawn its claim for attorney's fees and reimbursement of premium payment but denies that it has no potential interest or claim to the balance of funds remaining after an award of the One Million Dollars plus interest to Sort-Rite.

3. Sort-Rite neither admits nor denies Paragraph 6 for the reason that it is not an allegation but a prayer.

4. Sort-Rite submits that there should be no distribution of funds until final judgment pursuant to Federal Rule of Civil Procedure 58. There remains pending a Rule 59 Motion filed by Pino, Finch and Metzger. It is correctly pointed out by Pino, Finch and Metzger in their Response filed by Pino, Finch and Metzger Pursuant to Court's Order of October 30, 2002 that Rule 54 of the Federal Rules of Civil Procedure prohibits the Final Judgment as to one or more but fewer than all of the claims except upon an express determination that there is no just reason for delay and upon an express direction for entry of Judgment by this Court. No such determination has been made by the Court. Until such time as the Judgment of this Court becomes final, partial distribution cannot be made without violating the provisions of Rule 54.

5. Furthermore, in the event that Judgment becomes final in accordance with this Court's Summary Judgment dated September 11, 2002, Sort-Rite has moved that this Court distribute the interpled funds in accordance with this Court's Judgment. If the funds are not distributed as requested by Sort-Rite because of a Federal Rule of Civil Procedure 62 stay, Sort-Rite will ask that Pino, Finch and Metzger's portion of the funds remain the Registry of the Court as a supersedeas bond pending the outcome of the appeal. Generally, to suspend execution of the Judgment the Appellant must produce a bond or security which would compensate the prevailing party for the whole amount of the judgments costs on appeal,

interest and <u>damages for delay</u>. ***Poplar Grove Planting and Refining Co., Inc. v. Bache Halsey Stuart, Inc.,*** 600 F.2d 1189 (5th Cir.1979). Pino, Finch and Metzger have demonstrated no ability to respond to Judgment for damages for costs on appeal and damages for delay which will be substantial to Sort-Rite.

WHEREFORE, PREMISES CONSIDERED, Sort-Rite respectfully prays that this Court deny Pino, Finch and Metzger's Motion for Order to Distribute Funds Now in the Registry of the Court.

Respectfully submitted on this the ___13th___ day of December, 2002.

OF COUNSEL:

STAPLETON, CURTIS &
  BOSWELL, L.L.P.

_____
Chris Boswell
Attorney in Charge
State Bar No. 02683300
Southern District of Texas
Admissions Id. No. 1256
515 East Harrison, Suite "A" (78550)
Post Office Box 2644
Harlingen, Texas 78551
Telephone:    (956) 428-9191
Telecopier:    (956) 428-9283

Attorney for Sort-Rite International, Inc.

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on the __13th__ day of December, 2002, a true and correct copy of the above and foregoing Sort-Rite's Response to Pino, Finch and Metzger's Motion for Order to Distribute Funds Now in the Registry of the Court was forwarded to Ms. Constance Singleton, 215 Bayland Avenue, Houston, Texas 77009, via facsimile (713) 802-1202 and via Certified Mail, Return Receipt Requested #7002 0860 0004 8100 7605.

_____
Chris Boswell