IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States Courts
Southern District of Texas
FILED
DEC 30 2002
Michael N. Milby, Clerk

CASE NO. B-01-142

| | |
|---|---|
| JEFFERSON PILOT § | |
|    LIFE INSURANCE CO. § | |
| § | |
| v. § | NOTICE OF APPEAL |
| § | |
| SORT-RITE INTERNATIONAL, § | |
|    INC., § | |
| AND § | |
| LETICIA PINO, § | |
| DEBRA FINCH, § | |
| AND KATHERINE METZGER. § | |

## NOTICE OF APPEAL

Notice is hereby given that LETICIA PINO, DEBRA FINCH, and KATHERINE METZGER, who are three of the four remaining Claimants in the above-styled interpleader action, hereby appeal to the United States Court of Appeals for the Fifth Circuit from that portion of the final judgment, Entitled "Order and Memorandum" (Docket No. 84), entered by the United States District Court, Brownsville, Texas Division, on December 18, 2002, which awards ONE MILLION DOLLARS in policy proceeds to SORT-RITE INTERNATIONAL, INC. Prior to the issuance of this order, SORT-RITE INTERNATIONAL, INC. filed a motion to dismiss its claims

against more than this amount, and this Order granted that motion. PINO, FINCH, and METZGER do not appeal that portion of the order.

This Order and Memorandum disposes of a Motion for Reconsideration filed under Rule 59, Federal Rules of Civil Procedure, which sought reconsideration of the trial court's Order of September 5, 2002 (Docket No. 62), and PINO, FINCH, and METZGER also appeal this Order.

Respectfully submitted,

CONSTANCE Y. SINGLETON
ATTORNEY-IN-CHARGE
FOR LETICIA PINO, KATHERINE METZGER
AND DEBRA METZGER FINCH
Fed. ID. 6567
SBOT 18435600
(281)-687-0100
Fax: (713) 802-1202
215 Bayland Avenue
Houston, Texas 77009

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Notice of Appeal has been sent, via certified mail, Return Receipt Requested, to the counsel of record named below, on this the ___ day of December, 2002:

Stapleton, Curtis & Boswell, LLP
P. O. Box 2644
Harlingen, Texas 78551
Attn: Mr. Chris Boswell

CONSTANCE Y. SINGLETON