IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| JEFFERSON-PILOT LIFE INS. CO. § | |
| § | |
| V. § | CASE NO. B-01-142 |
| § | |
| SORT-RITE INTERNATIONAL, § | |
| ET AL. § | |

## NOTICE OF APPEARANCE
## OF DAVID MELASKY AS CO-COUNSEL
## FOR LETICIA DE PINO, DEBRA METZGER FINCH, AND
## KATHERINE METZGER

NOTICE is hereby given that the following counsel has joined as co-counsel representing the above-identified parties:

David Melasky
Attorney at Law
1535 West Loop South
Fourth Floor
Houston, Texas 77027
SBOT # 13913800
Fed. Id. No. 5377
(713) 965-9984
Facsimile: (713) 627-0240

It is requested that he receive copies of the filings of papers in the case.

Respectfully submitted,

CONSTANCE Y. SINGLETON
ATTORNEY-IN-CHARGE FOR
LETICIA PINO, DEBRA FINCH,
AND KATHERINE METZGER

_____
DAVID MELASKY
CO-COUNSEL FOR PARTIES
PINO, FINCH, AND METZGER
1535 West Loop South
Fourth Floor
Houston, Texas 77027
SBOT # 13913800
Fed. Id. No. 5377
(713) 965-9984
Facsimile: (713) 627-0240

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been sent, via facsimile (where facsimile number is listed) and first class mail, to the following counsel of record or parties, on this the ___ day of January, 2003.

Chris Boswell
Stapleton, Curtis & Boswell, LLP
P. O. Box 2644
Harlingen, Texas 78551

_____
DAVID MELASKY

2