02/05/03 Case 1:01-cv-00142 FAX 004 420 7590 Document 91 US COURT OF APPEALS Filed on 02/05/2003 BROWNSVILLE Page 1 of 2 002/003

91

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

U.S. COURT OF APPEALS
**FILED**

FEB 05 2003

CHARLES R. FULBRUGE III
CLERK

No. 02-41488

JEFFERSON PILOT LIFE INSURANCE CO,

Plaintiff,

versus

SORT RITE INTERNATIONAL INC; ET AL

Defendants

SORT RITE INTERNATIONAL INC;

Defendant - Appellee

versus

LETICIA ELIZALDE DE PINO; DEBRA ANN METZGER FINCH
KATHERINE LEE METZGER

Defendants - Appellants

CA B - 01-142

United States District Court
Southern District of Texas
FILED

FEB 05 2003

Michael N. Milby
Clerk of Court

Appeal from the United States District Court
for the Southern District of Texas, Brownsville

Before BARKSDALE, DEMOSS, and BENAVIDES, Circuit Judges.

BY THE COURT:

IT IS ORDERED that Appellants' request for expedited consideration of the motion to hold interpleader funds in the registry of the court pending appeal is GRANTED.

IT IS FURTHER ORDERED that Appellants' motion to hold interpleader funds in the registry of the court pending appeal is DENIED. The funds have in fact been distributed out of the

registry of the district court; and this Court has no authority to compel the return of such funds to the registry of the district court. A motion seeking similar relief is still pending before the district court.