# UNITED STATES COURT OF APPEALS

## FOR THE FIFTH CIRCUIT

United States District Court
Southern District of Texas
FILED

DEC 02 2003

Michael N. Milby, Clerk of Court

No. 02-41488

D.C. Docket No. B-01-CV-142

U.S. COURT OF APPEALS
**FILED**

OCT 17 2003

CHARLES R. FULBRUGE III
CLERK

JEFFERSON PILOT LIFE INSURANCE CO

    Plaintiff

v.

SORT RITE INTERNATIONAL INC; ET AL

    Defendants

SORT RITE INTERNATIONAL INC;

    Defendant - Appellee

v.

LETICIA ELIZALDE DE PINO; DEBRA ANN METZGER FINCH; KATHERINE LEE METZGER

    Defendants - Appellants


Appeals from the United States District Court for the Southern District of Texas, Brownsville.

Before REAVLEY, HIGGINBOTHAM, and BENAVIDES, Circuit Judges.

### JUDGMENT

This cause was considered on the record on appeal and was argued by counsel.

It is ordered and adjudged that the judgment of the District Court is affirmed.

IT IS FURTHER ORDERED that defendants-appellants pay to defendant-appellee the costs on appeal to be taxed by the Clerk of this Court.

ISSUED AS MANDATE: NOV 26 2003

A true copy
Test
Clerk, U.S. Court of Appeals, Fifth Circuit

By _____
Deputy
New Orleans, Louisiana    NOV 26 2003